**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**October 23, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| CATHOLIC BENEFITS ASSOCIATION LCA; CATHOLIC INSURANCE COMPANY; ROMAN CATHOLIC ARCHDIOCESE OF OKLAHOMA CITY; CATHOLIC CHARITIES OF THE ARCHDIOCESE OF OKLAHOMA CITY, INC.; ALL SAINTS CATHOLIC SCHOOL, INC.; WILLIAM E. LORI, Archbishop Roman Catholic Archdiocese of Baltimore and His Successors in Office; CATHEDRAL FOUNDATION, INC., d/b/a Catholic Review Media; VILLA ST. FRANCIS CATHOLIC CARE CENTER, INC.; GOOD WILL PUBLISHERS, INC., | |
| Plaintiffs - Appellees, | No. 16-6313 (D.C. No. 5:14-CV-00240-R) (W.D. Okla.) |
| v. | |
| THOMAS E. PRICE, M.D., Secretary of the United States Department of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; R. ALEXANDER ACOSTA, Secretary of the United States Department of Labor; UNITED STATES DEPARTMENT OF LABOR; STEVEN TERNER MNUCHIN, Secretary of the United States Department of Treasury; UNITED STATES DEPARTMENT OF THE TREASURY, | |
| Defendants - Appellants. | |

_____

**ORDER**
_____

Appellant's motion to dismiss this matter is granted.  *See* 10th Cir. R. 27.4(A)(9) and Fed. R. App. P. Rule 42(b).

A copy of this order shall stand as and for the mandate of the court.

> Entered for the Court
>
> *Elisabeth A. Shumaker*
>
> ELISABETH A. SHUMAKER, Clerk