# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

October 23, 2017

Chris Wolpert  
Chief Deputy Clerk

Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:** 16-6313, Catholic Benefits Association, et al v. Price, et al
Dist/Ag docket: 5:14-CV-00240-R

Dear Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:  J. Angela Ables
     Megan Barbero
     Johnny R. Blassingame Jr.
     Adam A. Grogg
     Adam C. Jed
     Alisa Beth Klein
     Eric Nieuwenhuis Kniffin
     Laura Myron

Patrick Nemeroff
Leonard Martin Nussbaum
Joshua Marc Salzman
Ian Seth Speir
Mark B. Stern


EAS/jm