IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THE CATHOLIC BENEFITS ASSOCIATION LCA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | No. 14-cv-00240-R |
| v. | ) ) | and |
| HARGAN, *et. al.*, | ) ) ) | No. 14-cv-685-R |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR PERMANENT INJUNCTION AND DECLARATORY RELIEF**

Plaintiffs respectfully request leave to submit as supplemental authority the attached article, Helen Christophi, "Federal Judge Likely to Bar Administration's Contraception Rules," COURTHOUSE NEWS (December 13, 2017) (available at

https://www.courthousenews.com/federal-judge-likely-to-bar-administrations-contraception-rules/ for consideration in conjunction with Plaintiffs' Motion for Permanent Injunction and Declaratory Relief.

This article reports on the hearing yesterday in one of the eight pending lawsuits that seek to enjoin Defendants' October 6, 2017, Interim Final Rules ("IFR"). It describes the likelihood that the U.S. District Court in the Northern District of California will soon issue a nationwide injunction against the IFRs. As noted in Plaintiffs' reply brief, *CBA I* Doc. No. 168 at 6-7, orders such as the one forecast by the attached article are one of the reasons why the IFRs do not make the issues here moot and why the permanent injunction and declaratory relief is necessary and appropriate.

                              Respectfully submitted,

                              *s/ L. Martin Nussbaum*
                              L. Martin Nussbaum (Colo. Bar #15370)
                              Ian S. Speir (Colo. Bar #45777)
                              Eric Kniffin (D.C. Bar #999473)
                              LEWIS ROCA ROTHGERBER LLP
                              90 S. Cascade Ave., Suite 1100
                              Colorado Springs, CO 80920
                              o:719-386-3000; f:719-386-3070
                              mnussbaum@lrrlaw.com
                              ispeir@lrrlaw.com
                              ekniffin@lrrlaw.com
                              *Admitted pro hac vice*

                              J. Angela Ables (Okla. Bar #0112)
                              Johnny R. Blassingame (Okla. Bar #21110)
                              KERR, IRVINE, RHODES & ABLES, P.C.
                              201 Robert S. Kerr Ave., Suite 600
                              Oklahoma City, Oklahoma 73102
                              o:405-272-9221; f:405-236-3121
                              aables@kiralaw.com
                              jblassingame@kiralaw.com

                              *Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

On December 13, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

                              *s/ Amy McGuire*
                              Amy McGuire