# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THE CATHOLIC BENEFITS ASSOCIATION LCA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. CIV-14-240-R |
| HARGAN, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the Court are Plaintiffs' Motions for Leave to File Supplemental Authority, Docs. 169 and 171. The Court instructs Plaintiffs' counsel to heed LCvR7.1(k), which requires (1) a stipulation as to opposing counsel's agreement or objection to the requested relief, (2) a "Relief Requested" statement, and (3) attachment of proposed orders in compliance with LCvR5.5. Nonetheless, the Motions are GRANTED.

IT IS SO ORDERED this 18th day of December, 2017.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE