# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| THE CATHOLIC BENEFITS ASSOCIATION LCA, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case Nos. CIV-14-240-R
CIV-14-685-R |
| HARGAN, *et al.*, | ) ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with this Court's order entered today, judgement is hereby entered in favor of Plaintiffs.

Entered this 7th day of March, 2018.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE