**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THE CATHOLIC BENEFITS ASSOCIATION LCA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEX M. AZAR II, in his official capacity as Secretary of the U.S. Department of Health and Human Services, *et al.*, <br><br> *Defendants*. | No. 5:14-cv-240-R <br> No. 5:14-cv-685-R |

**EXHIBITS**

**To Defendants' Supplemental Brief in Opposition to Plaintiffs' Motion for Attorneys' Fees and Non-Taxable Costs Under 42 U.S.C. § 1988**

# Summary of Reductions

| Issue | Source from Defs.' Supp. Opp'n | Hours Reduction | Fees Reduction | Cost Reduction | Cumulative Hours | Cumulative Fees | Cumulative Costs |
|---|---|---|---|---|---|---|---|
| **Plaintiffs' Request** | | | | | **5987.3** | **$3,064,474.50** | **$39,302.98** |
| **Flat Reductions** | | | | | | | |
| Non-Litigation Activities | Part II.A; Ex. B | 1533.1 | $1,390,868.25 | $9,728.71 | 4454.2 | $1,673,606.25 | $29,574.27 |
| Work in Other Cases | Part II.B; Exs. B, C | 460.4 | $181,372.00 | $362.67 | 3993.8 | $1,492,234.25 | $29,211.60 |
| Media-Related Time | Part II.C; Ex. D | 157.8 | $67,237.50 | | 3836 | $1,424,996.75 | $29,211.60 |
| Webinar and Website-Related Time | Part II.D; Ex. E | 176.3 | $76,748.00 | | 3659.7 | $1,348,248.75 | $29,211.60 |
| Too Many Attorneys | Part II.F; Ex. B | 239.8 | $93,039.00 | | 3419.9 | $1,255,209.75 | $29,211.60 |
| Costs - Travel to Hearings | Part II.I(1) | | | $2,921.42 | 3419.9 | $1,255,209.75 | $26,290.18 |
| Costs - Inadequate Explanation | Part II.I(2) | | | $2,042.18 | 3419.9 | $1,255,209.75 | $24,248.00 |
| Costs - Cross-Appeal Filing Fees | Part II.I(3) | | | $1,010.00 | 3419.9 | $1,255,209.75 | $23,238.00 |
| **Totals for Flat Reductions** | | **2567.4** | **$1,809,264.75** | **$16,064.98** | **3419.9** | **$1,255,209.75** | **$23,238.00** |
| **Percentage Reductions (Reasonably Expended)** | | | | | | | |
| Excessive Time | Part II.E | 50% | 50% | 50% | | | |
| | | 1710.0 | $627,604.88 | $11,619 | 1710.0 | $627,604.88 | $11,619.00 |
| Excessive Conferencing | Part II.F | 15% | 15% | | | | |
| | | 513.0 | $188,281.46 | | 1197.0 | $439,323.41 | $11,619.00 |
| Block Billing | Part II.G | 15% | 15% | | | | |
| | | 513.0 | $188,281.46 | | 684.0 | $251,041.95 | $11,619.00 |
| **Totals for Percentage Reductions** | | **2735.9** | **$1,004,168** | **$11,619** | **684.0** | **$251,041.95** | **$11,619.00** |

Exhibit A

| Issue | Source from Defs.' Supp. Opp'n | Hours Reduction | Fees Reduction | Cost Reduction | Cumulative Hours | Cumulative Fees | Cumulative Costs |
|---|---|---|---|---|---|---|---|
| **Totals for Percentage Reductions** | | **2735.9** | **$1,004,168** | **$11,619** | **684.0** | **$251,041.95** | **$11,619.00** |
| **Hourly Rate Reduction** | | | | | | | |
| Excessive Hourly Rates | Part II.H | | 30% $75,312.59 | | | $175,729.37 | $11,619.00 |
| **Totals After Hourly Rate Reduction** | | | **$75,312.59** | | | **$175,729.37** | **$11,619.00** |

Note: All percentage reductions under "Percentage Reductions (Reasonably Expended)" are taken as a percentage of the total hours, fees, or costs remaining after the Flat Reductions. The percentage reduction for "Excessive Hourly Rates" is taken as a percentage of the total fees remaining after the Percentage Reductions for Hours Reasonably Expended.

Exhibit A

## Summary of Time Entries in Litigation Category

| Dates | Bates Nos. | Other Attorney Hours | Other Attorney Fees | Total Hours | Total Fees | Total Costs |
|---|---|---|---|---|---|---|
| Sept. 2013 | 25-27 | | | 20.9 | $5,951.25 | |
| Oct. 2013 | 38-39 | | | 0.3 | $67.50 | |
| Nov. 2013 | 56-58 | | | 22.1 | $7,181.25 | |
| Dec. 2013 | 68-71 | 11.0 | $4,475.00 | 52.6 | $14,146.25 | |
| Dec. 2013 - Jan. 2014 | 76-79 | 20.8 | $7,124.00 | 42.4 | $14,091.75 | $4.52 |
| Feb. 2014 | 91-96 | 3.5 | $1,662.50 | 111.7 | $32,806.50 | $1.08 |
| Feb. 2014 - Mar. 2014 | 108-119 | 8.8 | $4,076.00 | 212.1 | $75,882.50 | $20.00 |
| Apr. 2014 | 126-135 | 0.3 | $117.00 | 158.6 | $57,686.75 | $3,678.82 |
| May 2014 | 143-150 | 1.0 | $270.00 | 107.4 | $42,356.00 | $2,370.80 |
| June 2014 | 159-173 | 31.7 | $13,527.00 | 252.7 | $91,899.00 | $4,587.71 |
| July 2014 | 179-190 | 15.3 | $3,855.00 | 161.6 | $56,026.00 | $2,735.51 |
| Aug. 2014 | 198-212 | 44.3 | $21,042.50 | 204 | $75,051.00 | $1,658.34 |
| Sept. 2014 | 218-231 | | | 254.5 | $89,643.50 | $4,806.42 |
| Oct. 2014 | 241-248 | | | 72.5 | $27,688.50 | $408.53 |
| Nov. 2014 | 256-263 | 4.4 | $2,129.00 | 105.5 | $39,039.00 | $2,251.28 |
| Dec. 2014 | 274-281 | 5.0 | $2,525.00 | 84.1 | $34,456.50 | $975.95 |
| Jan. 2015 | 291-295 | | | 19.4 | $7,333.00 | $302.71 |
| Feb. 2015 | 304-309 | | | 31.8 | $11,989.00 | $285.94 |
| Mar. 2015 | 323-329 | | | 38.7 | $14,145.00 | $505.00 |
| Apr. 2015 | 341-350 | | | 152.9 | $58,843.00 | $1,057.00 |
| May 2015 | 358-363 | | | 102.7 | $38,528.00 | $260.23 |
| June 2015 | 371-373 | | | 20.3 | $7,029.00 | $1,210.60 |
| July 2015 | 386-393 | | | 109.9 | $40,177.00 | $43.80 |
| Aug. 2015 | 401-412 | 19.5 | $9,555.00 | 278.6 | $102,933.00 | $370.30 |
| Sept. 2015 | 423-430 | 0.4 | $74.00 | 50.4 | $17,901.00 | $138.70 |

Exhibit B

| Dates | Bates Nos. | Other Attorney Hours | Other Attorney Fees | Total Hours | Total Fees | Total Costs |
|---|---|---|---|---|---|---|
| Oct. 2015 | 439-442 | | | 20.2 | $6,768.00 | $86.84 |
| Nov. 2015 | 454-456 | 0.7 | $342.50 | 7.5 | $3,249.50 | |
| Dec. 2015 | 466-469 | | | 89 | $30,650.00 | $57.40 |
| Jan. 2016 | 479-484 | | | 66.5 | $23,820.50 | $109.99 |
| Feb. 2016 | 493-496 | | | 28.8 | $10,466.00 | |
| Mar. 2016 | 502-507 | 5.5 | $510.00 | 70.6 | $30,398.50 | |
| Apr. 2016 | 513-522 | 5.2 | $2,652.00 | 112.2 | $48,371.00 | $5.60 |
| May 2016 | 529-533 | | | 31.8 | $12,060.00 | $9.90 |
| June 2016 | 542-544 | | | 8.9 | $3,224.50 | $99.00 |
| July 2016 | 552-557 | 0.1 | $26.00 | 34.5 | $11,109.50 | $9.90 |
| Aug. 2016 | 564-573 | | | 81.3 | $27,979.00 | $27.33 |
| Sept. 2016 | 580-585 | 0.8 | $408.00 | 27.6 | $9,204.00 | $39.60 |
| Oct. 2016 | 596-598 | | | 7.7 | $2,847.50 | $24.21 |
| Nov. 2016 | 606-610 | 1.4 | $714.00 | 26.6 | $10,781.50 | |
| Dec. 2016 | 620-621 | | | 2.6 | $576.00 | |
| Jan. 2017 | 629-631 | | | 15.6 | $5,652.00 | $10.87 |
| Feb. 2017 | 641-643 | | | 6.8 | $2,520.00 | |
| Mar. 2017 | 649-652 | | | 12.3 | $4,359.50 | |
| Apr. 2017 | 663-666 | | | 20.6 | $9,467.50 | $2.04 |
| May 2017 | 674-676 | | | 32.5 | $13,226.50 | |
| June 2017 | 683-685 | | | 37.8 | $17,714.00 | |
| July 2017 | 690-696 | 0.3 | $141.00 | 65.4 | $27,036.00 | $12.16 |
| Aug. 2017 | 701-710 | 3.9 | $1,371.00 | 112.7 | $46,178.00 | $42.10 |
| Sept. 2017 | 720-729 | 9.1 | $2,631.00 | 92.3 | $34,307.50 | $2.50 |
| Oct. 2017 | 736-746 | 4.6 | $1,958.00 | 160.5 | $66,474.50 | $47.49 |
| Nov. 2017 | 750-759 | 5.9 | $1,711.00 | 153.5 | $60,856.00 | $145.90 |
| Dec. 2017 | 762-769 | 0.9 | $261.00 | 92.6 | $39,774.00 | $1,010.28 |
| Jan. 2018 | 776-780 | | | 36.5 | $15,078.00 | $85.67 |
| Feb. 2018 | 786-789 | | | 13.7 | $6,512.00 | |

Exhibit B

| Dates | Bates Nos. | Other Attorney Hours | Other Attorney Fees | Total Hours | Total Fees | Total Costs |
|---|---|---|---|---|---|---|
| Apr. 2018 | 796-801 | 1.4 | $455.00 | 146.3 | $63,504.00 | $21.95 |
| May 2018 | 803-811 | 45.4 | $12,931.00 | 171.6 | $66,590.00 | $50.30 |
| **Totals** | | **251.2** | **$96,543.50** | **4454.2** | **$1,673,606.25** | **$29,574.27** |

Note: The shaded cells represent hours billed, and fees incurred, by attorneys other than Mr. Nussbaum, Mr. Kniffin, and Mr. Speir.

Exhibit B

# Fees for 10th Circuit Moot Court

| Bates No. | Date | Attorney | Number of Hours | Total Fees |
|---|---|---|---|---|
| 258 | 11/17/14 | Kniffin | 0.2 | $65.00 |
| 259 | 11/21/14 | Kniffin | 3.4 | $1,105.00 |
| 259 | 11/24/14 | Nussbaum | 0.5 | $237.50 |
| 259 | 11/24/14 | Speir | 0.2 | $49.00 |
| 259 | 11/24/14 | Kniffin | 0.9 | $292.50 |
| 259 | 11/5/14 | Speir | 0.2 | $49.00 |
| 259 | 11/25/14 | Kniffin | 4.1 | $1,332.50 |
| 259 | 11/16/14 | Nussbaum | 7 | $3,325.00 |
| 260 | 11/26/14 | Kniffin | 3.7 | $1,202.50 |
| 260 | 11/29/14 | Baumann | 1.3 | $656.50 |
| 274 | 12/1/14 | Nussbaum | 5.3 | $2,517.50 |
| 274 | 12/1/14 | Speir | 0.2 | $49.00 |
| 274 | 12/1/14 | Kniffin | 3.1 | $1,007.50 |
| 274 | 12/2/14 | Kniffin | 5.2 | $1,690.00 |
| 274 | 12/3/14 | Nussbaum | 3.8 | $1,805.00 |
| 275 | 12/3/14 | Speir | 0.8 | $196.00 |
| 275 | 12/3/14 | Kniffin | 6.4 | $2,080.00 |
| 275 | 12/3/14 | Baumann | 1 | $505.00 |
| 275 | 12/4/14 | Nussbaum | 8.8 | $4,180.00 |
| 276 | 12/4/14 | Kniffin | 3 | $975.00 |
| 276 | 12/4/14 | Baumann | 1.5 | $757.50 |
| 276 | 12/5/14 | Nussbaum | 5.9 | $2,802.50 |
| 276 | 12/5/14 | Kniffin | 6 | $1,950.00 |
| 276 | 12/5/14 | Baumann | 2.5 | $1,262.00 |
| 276 | 12/4/14 | Nussbaum | 0.3 | $142.50 |
| 276 | 12/8/14 | Nussbaum | 6.2 | $2,945.00 |
| 276 | 12/8/14 | Speir | 3.5 | $857.50 |
| 277 | 12/9/14 | Nussbaum | 0.5 | $237.50 |
| 277 | 12/11/14 | Nussbaum | 0.3 | $142.50 |
| **Totals** | | | **85.8** | **$34,416.50** |

Exhibit C

# Media-Related Fees

| Bates No. | Date | Attorney | Number of Hours | Total Fees |
|---:|---:|---|---:|---:|
| 109 | 3/4/14 | Speir | 0.7 | $171.50 |
| 111 | 3/11/14 | Nussbaum | 8 | $3,720.00 |
| 112 | 3/13/14 | Nussbaum | 1.5 | $697.50 |
| 114 | 3/19/14 | Speir | 2.5 | $612.50 |
| 146 | 2/21/14 | Nussbaum | 1 | $475.00 |
| 146 | 5/27/14 | Nussbaum | 2.5 | $1,187.50 |
| 147 | 5/27/14 | Speir | 0.2 | $49.00 |
| 159 | 6/4/14 | Nussbaum | 3.8 | $1,805.00 |
| 160 | 6/5/14 | Nussbaum | 6.3 | $2,992.50 |
| 160 | 6/6/14 | Nussbaum | 2 | $950.00 |
| 277 | 12/29/14 | Nussbaum | 4.4 | $2,090.00 |
| 278 | 12/31/14 | Nussbaum | 3.8 | $1,805.00 |
| 324 | 3/9/15 | Nussbaum | 1.8 | $882.00 |
| 372 | 6/30/15 | Kniffin | 1.2 | $408.00 |
| 408 | 8/25/15 | Nussbaum | 2 | $980.00 |
| 503 | 3/24/16 | Speir | 2.3 | $713.00 |
| 514 | 4/3/16 | Nussbaum | 2 | $1,020.00 |
| 514 | 4/4/16 | Nussbaum | 7.5 | $3,825.00 |
| 515 | 4/4/16 | Kniffin | 7.1 | $2,520.50 |
| 516 | 4/7/16 | Nussbaum | 2.3 | $1,173.00 |
| 516 | 4/7/16 | Kniffin | 0.7 | $248.50 |
| 517 | 4/12/16 | Nussbaum | 0.8 | $408.00 |
| 517 | 4/13/16 | Nussbaum | 0.5 | $255.00 |
| 518 | 4/18/16 | Kniffin | 2.4 | $852.00 |
| 530 | 5/11/16 | Nussbaum | 0.3 | $153.00 |
| 664 | 4/25/17 | Kniffin | 4 | $1,480.00 |
| 664 | 4/26/17 | Nussbaum | 3 | $1,530.00 |
| 674 | 5/3/17 | Nussbaum | 0.7 | $357.00 |
| 676 | 5/31/17 | Kniffin | 4.8 | $1,776.00 |
| 692 | 7/24/17 | Nussbaum | 1 | $510.00 |
| 693 | 7/24/17 | Kniffin | 5.1 | $1,887.00 |
| 693 | 7/25/17 | Nussbaum | 4 | $2,040.00 |
| 693 | 7/25/17 | Kniffin | 2.7 | $999.00 |
| 693 | 7/26/17 | Nussbaum | 3 | $1,530.00 |
| 693 | 7/26/17 | Kniffin | 5.1 | $1,887.00 |
| 693 | 7/27/17 | Nussbaum | 1.3 | $663.00 |
| 693 | 7/27/17 | Kniffin | 0.6 | $222.00 |
| 694 | 7/28/17 | Nussbaum | 1.5 | $765.00 |
| 694 | 7/29/17 | Kniffin | 2 | $740.00 |
| 701 | 8/2/17 | Nussbaum | 2.5 | $1,275.00 |

Exhibit D

| Bates No. | Date | Attorney | Number of Hours | Total Fees |
|---:|---:|---|---:|---:|
| 702 | 8/2/17 | Kniffin | 5.9 | $2,183.00 |
| 702 | 8/3/17 | Kniffin | 6.4 | $2,368.00 |
| 702 | 8/5/17 | Kniffin | 2.6 | $962.00 |
| 703 | 8/7/17 | Kniffin | 0.6 | $222.00 |
| 703 | 8/11/17 | Kniffin | 1.8 | $666.00 |
| 703 | 8/15/17 | Speir | 0.3 | $105.00 |
| 706 | 8/24/17 | Kniffin | 4.1 | $1,517.00 |
| 706 | 8/25/17 | Kniffin | 3.5 | $1,295.00 |
| 707 | 8/30/17 | Kniffin | 2.7 | $999.00 |
| 737 | 10/6/17 | Nussbaum | 8.8 | $4,488.00 |
| 737 | 10/6/17 | Speir | 1.2 | $420.00 |
| 737 | 10/6/17 | Kniffin | 4.2 | $1,554.00 |
| 739 | 10/14/17 | Kniffin | 0.5 | $185.00 |
| 739 | 10/16/17 | Kniffin | 4.5 | $1,665.00 |
| 753 | 11/10/17 | Nussbaum | 1.8 | $954.00 |
| **Totals** | | | **157.8** | **$67,237.50** |

Exhibit D

## Webinar and Website-Related Fees

| Bates No. | Date | Attorney | Number of Hours | Total Fees |
|---:|---:|---|---:|---:|
| 160 | 6/6/14 | Nussbaum | 2 | $950.00 |
| 161 | 6/9/14 | Nussbaum | 2 | $950.00 |
| 165 | 6/19/14 | Nussbaum | 2.8 | $1,330.00 |
| 165 | 6/22/14 | Nussbaum | 1.2 | $570.00 |
| 165 | 6/23/14 | Nussbaum | 2.5 | $1,187.50 |
| 166 | 6/24/14 | Nussbaum | 5.3 | $2,517.50 |
| 180 | 7/2/14 | Kniffin | 7.5 | $2,437.50 |
| 181 | 7/7/14 | Kniffin | 4.3 | $1,397.50 |
| 204 | 8/15/14 | Kniffin | 3 | $975.00 |
| 226 | 9/24/14 | Nussbaum | 6.3 | $2,992.50 |
| 243 | 10/9/14 | Kniffin | 0.4 | $130.00 |
| 274 | 12/3/14 | Nussbaum | 3.8 | $1,805.00 |
| 277 | 12/29/14 | Nussbaum | 4.4 | $2,090.00 |
| 408 | 8/24/15 | Nussbaum | 3.3 | $1,617.00 |
| 504 | 3/30/16 | Nussbaum | 5.6 | $2,856.00 |
| 518 | 4/18/16 | Kniffin | 2.4 | $852.00 |
| 519 | 4/19/16 | Kniffin | 1.2 | $426.00 |
| 519 | 4/20/16 | Kniffin | 3.5 | $1,242.50 |
| 519 | 4/23/16 | Kniffin | 0.1 | $35.50 |
| 519 | 4/25/16 | Nussbaum | 5 | $2,550.00 |
| 520 | 4/25/16 | Kniffin | 4.5 | $1,597.50 |
| 520 | 4/26/16 | Nussbaum | 2.5 | $1,029.50 |
| 530 | 5/17/16 | Nussbaum | 4 | $2,040.00 |
| 530 | 5/17/16 | Kniffin | 2.2 | $781.00 |
| 530 | 5/18/16 | Kniffin | 1.9 | $674.50 |
| 531 | 5/19/16 | Kniffin | 0.3 | $106.50 |
| 531 | 5/24/16 | Kniffin | 4.2 | $1,491.00 |
| 531 | 5/25/16 | Kniffin | 2.1 | $745.50 |
| 570 | 8/30/16 | Kniffin | 2.9 | $1,029.50 |
| 596 | 10/13/16 | Kniffin | 1.9 | $674.50 |
| 606 | 11/2/16 | Speir | 0.5 | $155.00 |
| 608 | 11/18/16 | Speir | 1.2 | $372.00 |
| 663 | 4/24/17 | Nussbaum | 4.5 | $2,295.00 |
| 664 | 4/25/17 | Nussbaum | 5.3 | $2,703.00 |
| 664 | 4/25/17 | Kniffin | 4 | $1,480.00 |
| 664 | 4/26/17 | Nussbaum | 3 | $1,530.00 |
| 675 | 5/9/17 | Nussbaum | 2 | $1,020.00 |
| 683 | 6/2/17 | Nussbaum | 4.5 | $2,295.00 |
| 684 | 6/5/17 | Nussbaum | 5.8 | $2,958.00 |
| 684 | 6/6/17 | Nussbaum | 7.3 | $1,961.00 |

Exhibit E

| Bates No. | Date | Attorney | Number of Hours | Total Fees |
|---:|---:|---|---:|---:|
| 684 | 6/7/17 | Nussbaum | 2.5 | $1,275.00 |
| 684 | 6/12/17 | Nussbaum | 2.3 | $1,173.00 |
| 702 | 8/5/17 | Kniffin | 2.6 | $962.00 |
| 705 | 8/23/17 | Kniffin | 3.8 | $1,406.00 |
| 724 | 9/18/17 | Kniffin | 3.7 | $1,396.00 |
| 737 | 10/6/17 | Nussbaum | 8.8 | $4,488.00 |
| 738 | 10/8/17 | Nussbaum | 2.5 | $1,275.00 |
| 738 | 10/9/17 | Nussbaum | 2.8 | $1,428.00 |
| 738 | 10/11/17 | Nussbaum | 1.5 | $765.00 |
| 756 | 11/28/17 | Nussbaum | 2 | $1,060.00 |
| 756 | 11/29/17 | Nussbaum | 4 | $2,120.00 |
| 756 | 11/29/17 | Kniffin | 6.3 | $2,331.00 |
| 756 | 11/30/17 | Nussbaum | 1.3 | $689.00 |
| 762 | 12/1/17 | Nussbaum | 1 | $530.00 |
| **Totals** | | | **176.3** | **$76,748.00** |

Exhibit E

# Fees for Drafting Complaint

| Bates No. | Date | Attorney | Number of Hours | Total Fees |
|---|---|---|---|---|
| 56 | 11/4/13 | Speir | 0.1 | $22.50 |
| 56 | 11/18/13 | Speir | 5.8 | $1,305.00 |
| 57 | 11/19/13 | Speir | 1.8 | $405.00 |
| 57 | 11/20/13 | Speir | 2.5 | $562.50 |
| 57 | 11/21/13 | Speir | 1.7 | $382.50 |
| 69 | 12/23/13 | Speir | 4.8 | $1,080.00 |
| 69 | 12/26/13 | Speir | 10.4 | $2,340.00 |
| 69 | 12/27/13 | Nussbaum | 0.3 | $116.25 |
| 70 | 12/27/13 | Speir | 14.3 | $3,217.50 |
| 77 | 1/7/14 | Speir | 1.3 | $325.00 |
| 92 | 2/4/14 | Speir | 0.4 | $98.00 |
| 92 | 2/17/14 | Speir | 7.9 | $1,935.50 |
| 92 | 2/18/14 | Mahaffey | 1.1 | $522.50 |
| 93 | 2/18/14 | Speir | 5.4 | $1,323.00 |
| 93 | 2/22/14 | Nussbaum | 3.3 | $1,511.25 |
| 94 | 2/24/14 | Speir | 11.1 | $2,719.50 |
| 94 | 2/25/14 | Speir | 6.9 | $1,690.50 |
| 94 | 2/26/14 | Speir | 7.2 | $1,764.00 |
| 95 | 2/27/14 | Speir | 4.7 | $1,151.50 |
| 95 | 2/28/14 | Speir | 5 | $1,225.00 |
| 108 | 3/1/14 | Nussbaum | 6.5 | $3,022.50 |
| 108 | 3/3/14 | Nussbaum | 6 | $2,790.00 |
| 108 | 3/3/14 | Kniffin | 4 | $1,300.00 |
| 109 | 3/4/14 | Nussbaum | 4 | $1,860.00 |
| 109 | 3/5/14 | Nussbaum | 7.5 | $3,487.50 |
| 109 | 3/5/14 | Kniffin | 8 | $2,600.00 |
| 109 | 3/6/14 | Mahaffey | 4.5 | $2,137.50 |
| 109 | 3/6/14 | Nussbaum | 4.8 | $2,208.75 |
| 109 | 3/6/14 | Speir | 12.2 | $2,989.00 |
| 109 | 3/6/14 | Kniffin | 6.3 | $2,031.25 |
| 110 | 3/6/14 | Kniffin | 0.5 | $162.50 |
| 110 | 3/7/14 | Mahaffey | 1.1 | $522.50 |
| 110 | 3/7/14 | Nussbaum | 5.3 | $2,441.25 |
| 110 | 3/7/14 | Speir | 6.8 | $1,666.00 |
| 111 | 3/10/14 | Nussbaum | 6.8 | $3,138.75 |
| 111 | 3/10/14 | Speir | 6.9 | $1,690.50 |
| 111 | 3/10/14 | Kniffin | 3.5 | $1,137.50 |
| 112 | 3/11/14 | Speir | 4.6 | $1,127.00 |
| 112 | 3/12/14 | Nussbaum | 7.5 | $3,487.50 |
| **Totals** | | | **202.8** | **$63,497.00** |

Exhibit F

# Fees for April 29, 2015 Hearing Preparation

| Bates No. | Date | Attorney | Number of Hours | Total Fees |
|---:|---|---|---:|---:|
| 346 | 4/21/15 | Kniffin | 3 | $1,020.00 |
| 346 | 4/22/15 | Kniffin | 4 | $1,360.00 |
| 346 | 4/23/15 | Nussbaum | 1 | $490.00 |
| 346 | 4/23/15 | Kniffin | 4.5 | $1,530.00 |
| 346 | 4/24/15 | Kniffin | 3.3 | $1,122.00 |
| 346 | 4/26/15 | Kniffin | 1 | $340.00 |
| 347 | 4/27/15 | Speir | 1.6 | $432.00 |
| 347 | 4/27/15 | Kniffin | 10 | $3,400.00 |
| 347 | 4/28/15 | Nussbaum | 7.5 | $3,675.00 |
| 347 | 4/28/15 | Kniffin | 8 | $2,720.00 |
| 347 | 4/29/15 | Nussbaum | 8 | $3,920.00 |
| 347 | 4/29/15 | Kniffin | 8 | $2,720.00 |
| **Totals** | | | **59.9** | **$22,729.00** |

Exhibit G

# Fees for Researching Standing

| Bates No. | Date | Attorney | Number of Hours | Total Fees |
|---:|---:|---|---:|---:|
| 25 | 9/1/13 | Nussbaum | 1.5 | $697.50 |
| 68 | 12/11/13 | Speir | 0.6 | $135.00 |
| 69 | 12/18/13 | Hall | 1 | $375.00 |
| 69 | 12/18/13 | Gleason | 0.3 | $120.00 |
| 69 | 12/18/13 | Speir | 3.4 | $765.00 |
| 69 | 12/23/13 | Speir | 4.8 | $1,080.00 |
| 69 | 12/27/13 | Nussbaum | 0.3 | $116.25 |
| 69 | 12/27/13 | Hall | 0.2 | $75.00 |
| 70 | 12/28/13 | Gleason | 0.2 | $80.00 |
| 91 | 2/3/14 | Speir | 3.9 | $955.50 |
| 91 | 4/4/14 | Speir | 2.6 | $637.00 |
| 91 | 2/5/14 | Nussbaum | 1 | $465.00 |
| 91 | 2/5/14 | Speir | 1 | $245.00 |
| 91 | 2/12/14 | Mahaffey | 2.4 | $1,140.00 |
| 92 | 2/12/14 | Speir | 5.7 | $1,396.50 |
| 92 | 2/18/14 | Mahaffey | 1.1 | $522.50 |
| 93 | 2/24/14 | Nussbaum | 2 | $930.00 |
| 94 | 2/25/14 | Speir | 6.9 | $1,690.50 |
| 109 | 3/5/14 | Nussbaum | 7.5 | $3,487.50 |
| 127 | 4/4/14 | Speir | 3 | $735.00 |
| 128 | 4/7/14 | Speir | 1.4 | $343.00 |
| 128 | 4/8/14 | Speir | 5.5 | $1,347.50 |
| 128 | 4/8/14 | Kniffin | 9.5 | $3,087.50 |
| 146 | 5/19/14 | Nussbaum | 2.5 | $1,187.50 |
| 146 | 5/19/14 | Speir | 0.3 | $73.50 |
| 161 | 6/8/14 | Mahaffey | 2.4 | $1,140.00 |
| 169 | 6/30/14 | Speir | 8 | $1,960.00 |
| 186 | 7/29/14 | Kniffin | 6.6 | $2,145.00 |
| 358 | 5/13/15 | Speir | 2.9 | $783.00 |
| 358 | 5/14/15 | Speir | 1.1 | $297.00 |
| 359 | 5/18/15 | Speir | 9.3 | $2,511.00 |
| 360 | 5/25/15 | Nussbaum | 9.5 | $4,655.00 |
| 581 | 9/12/16 | Mahaffey | 0.8 | $408.00 |
| 702 | 8/2/17 | Mellema | 1 | $290.00 |
| **Totals** | | | **110.2** | **$35,876.25** |

Exhibit H

# Fees for Briefing Class Certification Motion

| Bates No. | Date | Attorney | Number of Hours | Total Fees |
|---:|---:|---|---:|---:|
| 93 | 2/22/14 | Nussbaum | 3.3 | $1,511.25 |
| 94 | 2/24/14 | Kniffin | 4.3 | $1,381.25 |
| 94 | 2/26/14 | Kniffin | 5.5 | $1,787.50 |
| 95 | 2/27/14 | Kniffin | 1.3 | $406.25 |
| 95 | 2/28/14 | Kniffin | 6 | $1,950.00 |
| 108 | 2/24/14 | Plachy | 0.5 | $217.50 |
| 108 | 3/1/14 | Kniffin | 7 | $2,275.00 |
| 108 | 3/3/14 | Nussbaum | 6 | $2,790.00 |
| 108 | 3/3/14 | Speir | 0.4 | $98.00 |
| 108 | 3/3/14 | Kniffin | 4 | $1,300.00 |
| 109 | 3/4/14 | Kniffin | 4.3 | $1,381.25 |
| 109 | 3/5/14 | Kniffin | 8 | $2,600.00 |
| 109 | 3/6/14 | Kniffin | 6.3 | $2,031.25 |
| 110 | 3/6/14 | Kniffin | 0.8 | $243.75 |
| 111 | 3/10/14 | Kniffin | 3.5 | $1,137.50 |
| 112 | 3/11/14 | Kniffin | 0.8 | $243.75 |
| 113 | 3/13/14 | Speir | 1.1 | $269.50 |
| 113 | 3/13/14 | Kniffin | 3.5 | $1,137.50 |
| 113 | 3/17/14 | Kniffin | 2.8 | $893.75 |
| 113 | 3/18/14 | Nussbaum | 0.3 | $116.25 |
| 114 | 3/18/14 | Kniffin | 2 | $650.00 |
| 114 | 3/20/14 | Plachy | 2.1 | $913.50 |
| 115 | 3/24/14 | Nussbaum | 1 | $465.00 |
| 129 | 4/10/14 | Kniffin | 3.5 | $1,137.50 |
| 129 | 4/11/14 | Kniffin | 2.8 | $893.75 |
| 130 | 4/15/14 | Kniffin | 4 | $1,300.00 |
| 130 | 4/16/14 | Nussbaum | 3.5 | $1,627.50 |
| 130 | 4/16/14 | Kniffin | 2.3 | $731.25 |
| 131 | 4/17/14 | Nussbaum | 3.5 | $1,627.50 |
| 131 | 4/17/14 | Kniffin | 3 | $975.00 |
| 143 | 5/6/14 | Nussbaum | 7.1 | $3,372.50 |
| 144 | 5/6/14 | Kniffin | 6.3 | $2,047.50 |
| 144 | 5/7/14 | Kniffin | 2 | $650.00 |
| 144 | 5/9/14 | Nussbaum | 2.8 | $1,330.00 |
| 144 | 5/9/14 | Kniffin | 6.3 | $2,047.50 |
| 145 | 5/12/14 | Speir | 1 | $245.00 |
| 145 | 5/12/14 | Kniffin | 4.3 | $1,397.50 |
| 145 | 5/13/14 | Kniffin | 11.5 | $3,737.50 |

Exhibit I

| Bates No. | Date | Attorney | Number of Hours | Total Fees |
|---|---|---|---|---|
| 145 | 5/14/14 | Nussbaum | 2 | $950.00 |
| 145 | 5/14/14 | Speir | 2.8 | $686.00 |
| 146 | 5/15/14 | Speir | 3.2 | $784.00 |
| **Totals** | | | **146.7** | **$51,339.75** |

Exhibit I

# Fees Regarding Forum Shopping

| Bates No. | Date | Attorney | Number of Hours | Total Fees |
|---:|---:|---|---:|---:|
| 347 | 4/30/15 | Nussbaum | 5.3 | $2,597.00 |
| 348 | 4/30/15 | Kniffin | 5.1 | $1,734.00 |
| 358 | 5/12/15 | Nussbaum | 2.3 | $1,127.00 |
| 358 | 5/13/15 | Speir | 2.9 | $783.00 |
| 358 | 5/13/15 | Kniffin | 0.8 | $272.00 |
| 358 | 5/13/15 | Speir | 1.1 | $297.00 |
| 358 | 5/14/15 | Kniffin | 0.5 | $170.00 |
| 359 | 5/15/15 | Nussbaum | 1.8 | $882.00 |
| 359 | 5/15/15 | Kniffin | 2.6 | $884.00 |
| 359 | 5/17/15 | Kniffin | 1 | $340.00 |
| 359 | 5/18/15 | Nussbaum | 3 | $1,470.00 |
| 359 | 5/18/15 | Speir | 9.3 | $2,511.00 |
| 359 | 5/18/15 | Kniffin | 4.6 | $1,561.00 |
| 359 | 5/19/15 | Kniffin | 7.2 | $2,488.00 |
| 359 | 5/20/15 | Nussbaum | 0.5 | $245.00 |
| 359 | 5/20/15 | Kniffin | 10.2 | $3,468.00 |
| 360 | 5/21/15 | Kniffin | 10.9 | $3,706.00 |
| 360 | 5/22/15 | Nussbaum | 0.5 | $245.00 |
| 360 | 5/22/15 | Speir | 0.2 | $54.00 |
| 360 | 5/22/15 | Kniffin | 8.2 | $2,788.00 |
| 360 | 5/23/15 | Kniffin | 3.5 | $1,190.00 |
| 360 | 5/25/15 | Nussbaum | 9.5 | $4,655.00 |
| 360 | 5/26/15 | Nussbaum | 9.3 | $4,557.00 |
| 360 | 5/26/15 | Kniffin | 5.3 | $1,802.00 |
| **Totals** | | | **105.6** | **$39,826.00** |

Exhibit J