**Exhibit 2: CBA's Submitted Costs**

| Date | Name / Invoice Number | Amount | Description | Travel, Food, Lodging | Pro hac, PACER, & related fees | Postage and deliveries | Legal research |
|---|---|---|---|---|---|---|---|
| 1/23/13 | David Gordon Bombeck | $28.79 | Westlaw December 2012, 12/18/12 | | | | x |
| 3/19/13 | David Gordon Bombeck | $26.55 | Westlaw February 2013, 2/28/13 | | | | x |
| 3/19/13 | David Gordon Bombeck | $47.93 | Westlaw February 2013, 2/28/13 | | | | x |
| 3/19/13 | David Gordon Bombeck | $86.03 | Westlaw February 2013, 2/28/13 | | | | x |
| 3/19/13 | David Gordon Bombeck | $132.73 | Westlaw February 2013, 2/28/13 | | | | x |
| 11/4/13 | L. Martin Nussbaum | $30.00 | VENDOR: Lewis Roca Rothgerber LLP; INVOICE#: 103113; DATE: 11/4/2013 - COS checking reimb., Judge Baldwin's, client lunch mtg. 10/18/13 | x | | | |
| 11/4/13 | L. Martin Nussbaum | $100.00 | VENDOR: Lewis Roca Rothgerber LLP; INVOICE#: 103113; DATE: 11/4/2013 - COS checking reimb., OK Sec. of State, file AOO, 10/18/13 | | x | | |
| 11/22/13 | L. Martin Nussbaum | $25.52 | VENDOR: Nussbaum,L. Martin; INVOICE#: 062013; DATE: 11/22/2013 - bus.cards/lodging Baltimore, MD 11/11-14/13 | x | | | |
| 11/22/13 | L. Martin Nussbaum | $248.33 | VENDOR: Nussbaum,L. Martin; INVOICE#: 062013; DATE: 11/22/2013 - bus.cards/lodging Baltimore, MD 11/11-14/13 | x | | | |
| 12/4/13 | David Gordon Bombeck | $4.28 | LEXIS November 2013, 11/8/13 | | | | x |
| 12/9/13 | L. Martin Nussbaum | $238.00 | VENDOR: Lewis Roca Rothgerber LLP; INVOICE#: 120313; DATE: 12/9/2013 - COS checking acct. reimb., USCCB, flight change reimb., 11/20/13 | x | | | |
| 1/15/14 | David Gordon Bombeck | $4.52 | PACER Electronic Ct. Records 4th Q 2013 | | x | | |
| 3/10/14 | L. Martin Nussbaum | $20.00 | PAYEE: Clerk of the Supreme Court; REQUEST#: 126423; DATE: 3/10/2014., fees for certificates of good standing for Nussbaum & Speir | | x | | |
| 3/15/14 | L. Martin Nussbaum | $9.00 | VENDOR: Renaissance Couriers, LLC; INVOICE#: 21682; DATE: 3/15/2014 - DEN del. thru 3/15/14, del. 3/10/14 | | | x | |
| 3/28/14 | David Gordon Bombeck | $61.86 | Federal Express Charges, Inv.#257320126, del. 1/31/2014 | | | x | |
| 4/2/14 | LRR Lewis Roca Rothgerber | $25.23 | Westlaw | | | | x |
| 4/3/14 | LRR Lewis Roca Rothgerber | $11.55 | Westlaw | | | | x |
| 4/3/14 | LRR Lewis Roca Rothgerber | $515.51 | Westlaw | | | | x |
| 4/4/14 | LRR Lewis Roca Rothgerber | $185.96 | Westlaw | | | | x |
| 4/7/14 | LRR Lewis Roca Rothgerber | $27.50 | Westlaw | | | | x |
| 4/7/14 | LRR Lewis Roca Rothgerber | $451.21 | Westlaw | | | | x |
| 4/8/14 | LRR Lewis Roca Rothgerber | $6.60 | Westlaw | | | | x |
| 4/8/14 | LRR Lewis Roca Rothgerber | $727.87 | Westlaw | | | | x |
| 4/9/14 | LRR Lewis Roca Rothgerber | $369.67 | Westlaw | | | | x |
| 4/14/14 | David Gordon Bombeck | $7.54 | PACER Electronic Ct. Records 1st Q 2014 | | x | | |
| 4/14/14 | David Gordon Bombeck | $75.66 | PACER Electronic Ct. Records 1st Q 2014 | | x | | |

**Exhibit 2: CBA's Submitted Costs**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/14/14 | LRR Lewis Roca Rothgerber | $277.32 | Westlaw | | | | x |
| 4/15/14 | LRR Lewis Roca Rothgerber | $1.65 | Westlaw | | | | x |
| 4/15/14 | LRR Lewis Roca Rothgerber | $29.70 | Westlaw | | | | x |
| 4/15/14 | LRR Lewis Roca Rothgerber | $71.95 | Westlaw | | | | x |
| 4/16/14 | David Gordon Bombeck | $0.09 | Westlaw March 2014, 3/31/14 | | | | x |
| 4/16/14 | David Gordon Bombeck | $0.66 | Westlaw March 2014, 3/4/14 | | | | x |
| 4/16/14 | David Gordon Bombeck | $1.22 | Westlaw March 2014, 3/7/14 | | | | x |
| 4/16/14 | David Gordon Bombeck | $8.54 | Westlaw March 2014, 3/2/14 | | | | x |
| 4/16/14 | David Gordon Bombeck | $17.10 | Westlaw March 2014, 3/7/14 | | | | x |
| 4/16/14 | David Gordon Bombeck | $55.08 | Westlaw March 2014, 3/11/14 | | | | x |
| 4/16/14 | David Gordon Bombeck | $80.43 | Westlaw March 2014, 3/31/14 | | | | x |
| 4/16/14 | David Gordon Bombeck | $138.10 | Westlaw March 2014, 3/6/14 | | | | x |
| 4/16/14 | David Gordon Bombeck | $145.27 | Westlaw March 2014, 3/1/14 | | | | x |
| 4/16/14 | David Gordon Bombeck | $232.97 | Westlaw March 2014, 3/5/14 | | | | x |
| 4/16/14 | David Gordon Bombeck | $269.76 | Westlaw March 2014, 3/10/14 | | | | x |
| 4/16/14 | David Gordon Bombeck | $289.16 | Westlaw March 2014, 3/4/14 | | | | x |
| 4/16/14 | David Gordon Bombeck | $500.87 | Westlaw March 2014, 3/13/14 | | | | x |
| 4/16/14 | David Gordon Bombeck | $594.63 | Westlaw March 2014, 3/20/14 | | | | x |
| 4/17/14 | LRR Lewis Roca Rothgerber | $1.80 | Westlaw | | | | x |
| 4/17/14 | LRR Lewis Roca Rothgerber | $2.03 | Westlaw | | | | x |
| 4/17/14 | LRR Lewis Roca Rothgerber | $3.52 | Westlaw | | | | x |
| 4/17/14 | David Gordon Bombeck | $9.86 | Westlaw January 2014, 1/8/14 | | | | x |
| 4/17/14 | David Gordon Bombeck | $24.50 | Westlaw January 2014, 1/29/14 | | | | x |
| 4/17/14 | David Gordon Bombeck | $24.60 | Westlaw January 2014, 1/31/14 | | | | x |
| 4/17/14 | LRR Lewis Roca Rothgerber | $135.91 | Westlaw | | | | x |
| 4/17/14 | David Gordon Bombeck | $235.94 | Westlaw January 2014, 1/6/14 | | | | x |
| 4/17/14 | David Gordon Bombeck | $241.13 | Westlaw January 2014, 1/7/14 | | | | x |
| 4/18/14 | David Gordon Bombeck | $11.46 | Westlaw February 2014, 2/28/14 | | | | x |
| 4/18/14 | David Gordon Bombeck | $17.02 | Westlaw February 2014, 2/17/14 | | | | x |
| 4/18/14 | LRR Lewis Roca Rothgerber | $19.15 | Miscellaneous-VISA statement;  US Court, Dist. of CO, Cert. of good standing, I.Speir | | x | | |
| 4/18/14 | LRR Lewis Roca Rothgerber | $19.15 | Miscellaneous-VISA Statement; US Court, Dist. of CO, cert. of good standing | | x | | |
| 4/18/14 | David Gordon Bombeck | $22.92 | Westlaw February 2014, 2/12/14 | | | | x |
| 4/18/14 | David Gordon Bombeck | $22.92 | Westlaw February 2014, 2/25/14 | | | | x |
| 4/18/14 | David Gordon Bombeck | $28.59 | Westlaw February 2014, 2/24/14 | | | | x |
| 4/18/14 | David Gordon Bombeck | $29.95 | Westlaw February 2014, 2/23/14 | | | | x |
| 4/18/14 | David Gordon Bombeck | $34.37 | Westlaw February 2014, 2/22/14 | | | | x |
| 4/18/14 | David Gordon Bombeck | $34.37 | Westlaw February 2014, 2/26/14 | | | | x |
| 4/18/14 | David Gordon Bombeck | $51.28 | Westlaw February 2014, 2/4/14 | | | | x |
| 4/18/14 | David Gordon Bombeck | $56.95 | Westlaw February 2014, 2/3/14 | | | | x |

## Exhibit 2: CBA's Submitted Costs

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/18/14 | LRR Lewis Roca Rothgerber | $70.93 | Westlaw | | | | x |
| 5/1/14 | LRR Lewis Roca Rothgerber | $19.80 | Westlaw | | | | x |
| 5/4/14 | LRR Lewis Roca Rothgerber | $0.84 | Westlaw | | | | x |
| 5/4/14 | LRR Lewis Roca Rothgerber | $1.62 | Westlaw | | | | x |
| 5/5/14 | LRR Lewis Roca Rothgerber | $1.62 | Westlaw | | | | x |
| 5/6/14 | LRR Lewis Roca Rothgerber | $1.87 | Westlaw | | | | x |
| 5/6/14 | LRR Lewis Roca Rothgerber | $9.80 | Westlaw | | | | x |
| 5/6/14 | LRR Lewis Roca Rothgerber | $9.90 | Westlaw | | | | x |
| 5/6/14 | LRR Lewis Roca Rothgerber | $13.20 | Westlaw | | | | x |
| 5/6/14 | LRR Lewis Roca Rothgerber | $322.73 | Westlaw | | | | x |
| 5/7/14 | LRR Lewis Roca Rothgerber | $0.14 | Westlaw | | | | x |
| 5/7/14 | LRR Lewis Roca Rothgerber | $1.65 | Westlaw | | | | x |
| 5/7/14 | LRR Lewis Roca Rothgerber | $229.84 | Westlaw | | | | x |
| 5/9/14 | LRR Lewis Roca Rothgerber | $6.05 | Westlaw | | | | x |
| 5/13/14 | LRR Lewis Roca Rothgerber | $0.14 | Westlaw | | | | x |
| 5/13/14 | LRR Lewis Roca Rothgerber | $3.30 | Westlaw | | | | x |
| 5/13/14 | LRR Lewis Roca Rothgerber | $352.09 | Westlaw | | | | x |
| 5/14/14 | LRR Lewis Roca Rothgerber | $8.90 | Westlaw | | | | x |
| 5/14/14 | LRR Lewis Roca Rothgerber | $19.80 | Westlaw | | | | x |
| 5/14/14 | LRR Lewis Roca Rothgerber | $134.22 | Westlaw | | | | x |
| 5/15/14 | LRR Lewis Roca Rothgerber | $9.90 | Westlaw | | | | x |
| 5/19/14 | Eric N. Kniffin | $0.45 | Westlaw | | | | x |
| 5/22/14 | Eric N. Kniffin | $1.90 | Westlaw | | | | x |
| 5/22/14 | Abbe M. Goncharsky | $44.87 | Westlaw | | | | x |
| 5/23/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 5/23/14 | Eric N. Kniffin | $56.95 | Westlaw | | | | x |
| 5/23/14 | LRR Lewis Roca Rothgerber | $741.19 | Travel Expense - - VENDOR: L. Martin Nussbaum Travel to OK City, OK 5/7,8/14 (preliminary injunction oral argument) | x | | | |
| 5/27/14 | Ian S Speir | $9.90 | Westlaw | | | | x |
| 5/27/14 | Eric N. Kniffin | $12.55 | Westlaw | | | | x |
| 5/28/14 | Eric N. Kniffin | $20.08 | Westlaw | | | | x |
| 5/29/14 | Eric N. Kniffin | $195.62 | Westlaw | | | | x |
| 5/30/14 | LRR Lewis Roca Rothgerber | $46.00 | Travel Expense  - - VENDOR: L. Martin Nussbaum Oklahoma City, OK 5/8/14 (preliminary injunction oral argument) | x | | | |
| 5/30/14 | Eric N. Kniffin | $91.63 | Westlaw | | | | x |
| 6/4/14 | Eric N. Kniffin | $3.30 | Westlaw | | | | x |
| 6/4/14 | Eric N. Kniffin | $336.42 | Westlaw | | | | x |
| 6/5/14 | Eric N. Kniffin | $3.30 | Westlaw | | | | x |
| 6/5/14 | Eric N. Kniffin | $335.56 | Westlaw | | | | x |
| 6/6/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 6/6/14 | Eric N. Kniffin | $253.97 | Westlaw | | | | x |

**Exhibit 2: CBA's Submitted Costs**

| Date | Name | Amount | Description | | | | |
|---|---|---|---|---|---|---|---|
| 6/7/14 | Eric N. Kniffin | $152.36 | Westlaw | | | | x |
| 6/8/14 | H William Mahaffey | $6.00 | Westlaw | | | | x |
| 6/8/14 | H William Mahaffey | $13.00 | Westlaw | | | | x |
| 6/8/14 | H William Mahaffey | $127.50 | Westlaw | | | | x |
| 6/10/14 | H William Mahaffey | $1.80 | Westlaw | | | | x |
| 6/10/14 | H William Mahaffey | $8.00 | Westlaw | | | | x |
| 6/10/14 | H William Mahaffey | $60.00 | Westlaw | | | | x |
| 6/11/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 6/11/14 | LRR Lewis Roca Rothgerber | $17.26 | Meeting Expense - - VENDOR: Lewis Roca Rothgerber, LLP Hunan Springs, conf. call lunch, 6/3/14 | x | | | |
| 6/11/14 | Eric N. Kniffin | $482.99 | Westlaw | | | | x |
| 6/12/14 | Eric N. Kniffin | $749.02 | Westlaw | | | | x |
| 6/13/14 | Eric N. Kniffin | $223.33 | Westlaw | | | | x |
| 6/16/14 | Eric N. Kniffin | $62.35 | Westlaw | | | | x |
| 6/17/14 | Eric N. Kniffin | $44.93 | Westlaw | | | | x |
| 6/18/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 6/18/14 | Ian S Speir | $19.80 | Westlaw | | | | x |
| 6/18/14 | Eric N. Kniffin | $134.22 | Westlaw | | | | x |
| 6/25/14 | LRR Lewis Roca Rothgerber | $9.85 | Travel Expense - -  VENDOR: L. Martin Nussbaum Travel to Oklahoma City, OK, parking, 5/7/14 (preliminary injunction oral argument) | x | | | |
| 6/25/14 | Ian S Speir | $9.90 | Westlaw | | | | x |
| 6/25/14 | Eric N. Kniffin | $79.36 | Westlaw | | | | x |
| 6/25/14 | LRR Lewis Roca Rothgerber | $229.00 | Travel Expense - - VENDOR: L. Martin Nu Travel to [REDACTED], flight change fee, 6/11/2014 | x | | | |
| 6/26/14 | David M Hyams | $9.90 | Westlaw | | | | x |
| 6/26/14 | David M Hyams | $14.70 | Westlaw | | | | x |
| 6/26/14 | Ian S Speir | $14.70 | Westlaw | | | | x |
| 6/26/14 | Ian S Speir | $39.60 | Westlaw | | | | x |
| 6/26/14 | Eric N. Kniffin | $533.65 | Westlaw | | | | x |
| 6/27/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 6/27/14 | Ian S Speir | $9.80 | Westlaw | | | | x |
| 6/27/14 | Ian S Speir | $19.80 | Westlaw | | | | x |
| 6/27/14 | LRR Lewis Roca Rothgerber | $34.30 | Westlaw | | | | x |
| 6/27/14 | David M Hyams | $79.20 | Westlaw | | | | x |
| 6/27/14 | Eric N. Kniffin | $808.30 | Westlaw | | | | x |
| 6/29/14 | Eric N. Kniffin | $141.76 | Westlaw | | | | x |
| 6/30/14 | Ian S Speir | $29.70 | Westlaw | | | | x |
| 6/30/14 | Eric N. Kniffin | $217.73 | Westlaw | | | | x |
| 7/1/14 | Ian S Speir | $39.60 | Westlaw | | | | x |
| 7/3/14 | Eric N. Kniffin | $72.39 | Westlaw | | | | x |

**Exhibit 2: CBA's Submitted Costs**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/7/14 | Steven J Hekel | $168.30 | Westlaw | | | | x |
| 7/8/14 | L. Martin Nussbaum | $3.60 | Westlaw | | | | x |
| 7/8/14 | Eric N. Kniffin | $6.60 | Westlaw | | | | x |
| 7/8/14 | L. Martin Nussbaum | $6.72 | Westlaw | | | | x |
| 7/8/14 | Ian S Speir | $9.90 | Westlaw | | | | x |
| 7/8/14 | Eric N. Kniffin | $304.73 | Westlaw | | | | x |
| 7/9/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 7/9/14 | Eric N. Kniffin | $104.83 | Westlaw | | | | x |
| 7/10/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 7/10/14 | Eric N. Kniffin | $35.99 | Westlaw | | | | x |
| 7/14/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 7/14/14 | Eric N. Kniffin | $19.42 | Westlaw | | | | x |
| 7/16/14 | Eric N. Kniffin | $1.90 | Westlaw | | | | x |
| 7/16/14 | H William Mahaffey | $2.00 | Westlaw | | | | x |
| 7/16/14 | Eric N. Kniffin | $3.30 | Westlaw | | | | x |
| 7/16/14 | H William Mahaffey | $200.00 | Westlaw | | | | x |
| 7/16/14 | Eric N. Kniffin | $290.43 | Westlaw | | | | x |
| 7/17/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 7/17/14 | Eric N. Kniffin | $84.02 | Westlaw | | | | x |
| 7/18/14 | Eric N. Kniffin | $433.36 | Westlaw | | | | x |
| 7/22/14 | LRR Lewis Roca Rothgerber | $1.18 | PACER Service Center-Outside Profession | | x | | |
| 7/22/14 | LRR Lewis Roca Rothgerber | $1.40 | PACER Service Center-Outside Profession | | x | | |
| 7/22/14 | LRR Lewis Roca Rothgerber | $7.10 | PACER Service Center-Outside Profession | | x | | |
| 7/22/14 | LRR Lewis Roca Rothgerber | $7.86 | PACER Service Center-Outside Profession | | x | | |
| 7/22/14 | LRR Lewis Roca Rothgerber | $11.41 | PACER Service Center-Outside Profession | | x | | |
| 7/22/14 | LRR Lewis Roca Rothgerber | $84.80 | PACER Service Center-Outside Profession | | x | | |
| 7/24/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 7/24/14 | Eric N. Kniffin | $102.93 | Westlaw | | | | x |
| 7/29/14 | H William Mahaffey | $60.00 | Westlaw | | | | x |
| 7/30/14 | L. Martin Nussbaum | $129.12 | Other Disbursements - - VENDOR: L. Martin Nussbaum FedEx 770274795344\268866947 6/11/14   647; FedEx | | | x | |
| 7/30/14 | Diane Kulesa | $411.11 | Westlaw | | | | x |
| 8/4/14 | Ian S Speir | $9.90 | Westlaw | | | | x |
| 8/6/14 | H William Mahaffey | $1.80 | Westlaw | | | | x |
| 8/6/14 | H William Mahaffey | $3.03 | Westlaw | | | | x |
| 8/6/14 | Nicholas N Dyer | $4.90 | Westlaw | | | | x |
| 8/6/14 | H William Mahaffey | $21.00 | Westlaw | | | | x |
| 8/6/14 | H William Mahaffey | $52.50 | Westlaw | | | | x |
| 8/7/14 | Ian S Speir | $9.90 | Westlaw | | | | x |
| 8/12/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 8/12/14 | Eric N. Kniffin | $274.38 | Westlaw | | | | x |

**Exhibit 2: CBA's Submitted Costs**

| Date | Name | Amount | Description | | | | x |
|---|---|---|---|---|---|---|---|
| 8/13/14 | Eric N. Kniffin | $193.68 | Westlaw | | | | x |
| 8/15/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 8/15/14 | Eric N. Kniffin | $193.00 | Westlaw | | | | x |
| 8/18/14 | Ian S Speir | $19.80 | Westlaw | | | | x |
| 8/26/14 | H William Mahaffey | $1.80 | Westlaw | | | | x |
| 8/26/14 | H William Mahaffey | $10.00 | Westlaw | | | | x |
| 8/26/14 | H William Mahaffey | $175.00 | Westlaw | | | | x |
| 8/27/14 | Eric N. Kniffin | $3.30 | Westlaw | | | | x |
| 8/27/14 | Eric N. Kniffin | $174.82 | Westlaw | | | | x |
| 8/28/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 8/28/14 | L. Martin Nussbaum | $1.84 | Westlaw | | | | x |
| 8/28/14 | Eric N. Kniffin | $134.49 | Westlaw | | | | x |
| 8/29/14 | Eric N. Kniffin | $6.60 | Westlaw | | | | x |
| 8/29/14 | Eric N. Kniffin | $32.69 | Westlaw | | | | x |
| 9/1/14 | H William Mahaffey | $104.00 | Westlaw | | | | x |
| 9/1/14 | H William Mahaffey | $125.00 | Westlaw | | | | x |
| 9/1/14 | Eric N. Kniffin | $160.84 | Westlaw | | | | x |
| 9/1/14 | H William Mahaffey | $222.50 | Westlaw | | | | x |
| 9/2/14 | H William Mahaffey | $2.00 | Westlaw | | | | x |
| 9/2/14 | H William Mahaffey | $90.00 | Westlaw | | | | x |
| 9/3/14 | H William Mahaffey | $1.80 | Westlaw | | | | x |
| 9/3/14 | H William Mahaffey | $8.00 | Westlaw | | | | x |
| 9/3/14 | H William Mahaffey | $295.00 | Westlaw | | | | x |
| 9/5/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 9/5/14 | Eric N. Kniffin | $118.18 | Westlaw | | | | x |
| 9/8/14 | Eric N. Kniffin | $3.30 | Westlaw | | | | x |
| 9/8/14 | Eric N. Kniffin | $135.14 | Westlaw | | | | x |
| 9/9/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 9/9/14 | Eric N. Kniffin | $153.42 | Westlaw | | | | x |
| 9/9/14 | LRR Lewis Roca Rothgerber | $1,291.18 | Travel Expense - - VENDOR: Eric Kniffin Travel to Washington, DC, 9/2-4/14 (coordination meeting of mandate plaintiffs' counsel) | x | | | |
| 9/10/14 | Ian S Speir | $4.90 | Westlaw | | | | x |
| 9/11/14 | Ian S Speir | $14.70 | Westlaw | | | | x |
| 9/12/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 9/12/14 | LRR Lewis Roca Rothgerber | $58.38 | Travel Expense - - VENDOR: L. Martin Nu Mileage/meal w/Louis Brown, 9/7/14 Vendor=L. Martin Nussbaum  Balance= .00  Amount= 58.38 | x | | | |
| 9/12/14 | Eric N. Kniffin | $129.23 | Westlaw | | | | x |
| 9/13/14 | Ian S Speir | $9.90 | Westlaw | | | | x |
| 9/16/14 | Eric N. Kniffin | $0.10 | Westlaw | | | | x |

**Exhibit 2: CBA's Submitted Costs**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/16/14 | Eric N. Kniffin | $3.30 | Westlaw | | | | x |
| 9/16/14 | Ian S Speir | $9.90 | Westlaw | | | | x |
| 9/16/14 | Eric N. Kniffin | $375.96 | Westlaw | | | | x |
| 9/17/14 | Eric N. Kniffin | $3.30 | Westlaw | | | | x |
| 9/17/14 | Eric N. Kniffin | $460.96 | Westlaw | | | | x |
| 9/18/14 | Eric N. Kniffin | $120.92 | Westlaw | | | | x |
| 9/19/14 | LRR Lewis Roca Rothgerber | $4.95 | Westlaw | | | | x |
| 9/19/14 | Eric N. Kniffin | $166.36 | Westlaw | | | | x |
| 9/22/14 | Eric N. Kniffin | $3.30 | Westlaw | | | | x |
| 9/22/14 | Eric N. Kniffin | $178.67 | Westlaw | | | | x |
| 9/23/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 9/23/14 | Eric N. Kniffin | $135.38 | Westlaw | | | | x |
| 9/24/14 | Ian S Speir | $19.80 | Westlaw | | | | x |
| 9/24/14 | Eric N. Kniffin | $52.00 | Westlaw | | | | x |
| 9/25/14 | Ian S Speir | $19.80 | Westlaw | | | | x |
| 9/25/14 | Eric N. Kniffin | $180.66 | Westlaw | | | | x |
| 9/26/14 | Ian S Speir | $9.90 | Westlaw | | | | x |
| 9/28/14 | Ian S Speir | $14.70 | Westlaw | | | | x |
| 9/28/14 | Ian S Speir | $19.80 | Westlaw | | | | x |
| 9/29/14 | Ian S Speir | $39.60 | Westlaw | | | | x |
| 9/30/14 | L. Martin Nussbaum | $4.30 | Westlaw | | | | x |
| 9/30/14 | Chad S Caby | $16.20 | Westlaw | | | | x |
| 9/30/14 | Chad S Caby | $17.17 | Westlaw | | | | x |
| 10/1/14 | Ian S Speir | $9.90 | Westlaw | | | | x |
| 10/2/14 | H William Mahaffey | $3.60 | Westlaw | | | | x |
| 10/2/14 | H William Mahaffey | $15.00 | Westlaw | | | | x |
| 10/2/14 | H William Mahaffey | $15.00 | Westlaw | | | | x |
| 10/2/14 | Ian S Speir | $59.40 | Westlaw | | | | x |
| 10/8/14 | Eric N. Kniffin | $107.42 | Westlaw | | | | x |
| 10/21/14 | H William Mahaffey | $1.80 | Westlaw | | | | x |
| 10/21/14 | H William Mahaffey | $2.00 | Westlaw | | | | x |
| 10/21/14 | H William Mahaffey | $275.00 | Westlaw | | | | x |
| 10/28/14 | LRR Lewis Roca Rothgerber | $6.35 | PACER Service Center-Outside Professional Svcs | | x | | |
| 10/28/14 | LRR Lewis Roca Rothgerber | $102.24 | PACER Service Center-Outside Professional Svcs | | x | | |
| 10/30/14 | Eric N. Kniffin | $89.62 | Westlaw | | | | x |
| 11/3/14 | L. Martin Nussbaum | $2.00 | Westlaw | | | | x |
| 11/3/14 | L. Martin Nussbaum | $2.68 | Westlaw | | | | x |
| 11/3/14 | L. Martin Nussbaum | $3.24 | Westlaw | | | | x |
| 11/4/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 11/4/14 | Eric N. Kniffin | $454.42 | Westlaw | | | | x |
| 11/5/14 | Eric N. Kniffin | $3.30 | Westlaw | | | | x |

**Exhibit 2: CBA's Submitted Costs**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/5/14 | Eric N. Kniffin | $556.96 | Westlaw | | | | x |
| 11/6/14 | Eric N. Kniffin | $429.95 | Westlaw | | | | x |
| 11/7/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 11/7/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 11/7/14 | Eric N. Kniffin | $16.20 | Westlaw | | | | x |
| 11/7/14 | Ian S Speir | $19.80 | Westlaw | | | | x |
| 11/7/14 | Eric N. Kniffin | $674.44 | Westlaw | | | | x |
| 11/10/14 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 11/10/14 | Eric N. Kniffin | $40.03 | Westlaw | | | | x |
| 11/21/14 | Eric N. Kniffin | $41.66 | Westlaw | | | | x |
| 12/1/14 | Eric N. Kniffin | $3.80 | Westlaw | | | | x |
| 12/1/14 | Eric N. Kniffin | $6.60 | Westlaw | | | | x |
| 12/1/14 | Eric N. Kniffin | $67.85 | Westlaw | | | | x |
| 12/3/14 | LRR Lewis Roca Rothgerber | $135.47 | Meeting Expense - - VENDOR: L. Martin N Travel to Baltimore, MD 11/10,11/14 | x | | | |
| 12/12/14 | LRR Lewis Roca Rothgerber | $98.40 | Travel Expense - - VENDOR: Ian S. Speir Travel to Denver, CO, 12/8/14 (for 10th Cir oral argument) | x | | | |
| 12/15/14 | LRR Lewis Roca Rothgerber | $297.40 | Travel Expense - - VENDOR: L. Martin Nu Lodging in Baltimore, MD 11/11/14, Mileage/Parking Denver, CO 12/5/14 | x | | | |
| 12/30/14 | Ian S Speir | $4.90 | Westlaw | | | | x |
| 12/30/14 | Ian S Speir | $9.90 | Westlaw | | | | x |
| 1/16/15 | LRR Lewis Roca Rothgerber | $8.93 | PACER Service Center-Outside Professional Svcs | | | x | |
| 1/20/15 | Eric N. Kniffin | $1.65 | Westlaw | | | | x |
| 1/20/15 | Eric N. Kniffin | $292.13 | Westlaw | | | | x |
| 2/4/15 | LRR Lewis Roca Rothgerber | $91.28 | Travel Expense - - VENDOR: Eric Kniffin Travel to Denver, CO 12/8/14, Moot Court appearance | x | | | |
| 2/18/15 | Ian S Speir | $9.90 | Westlaw | | | | x |
| 2/23/15 | LRR Lewis Roca Rothgerber | $1.90 | Westlaw | | | | x |
| 2/23/15 | LRR Lewis Roca Rothgerber | $90.24 | Westlaw | | | | x |
| 2/25/15 | LRR Lewis Roca Rothgerber | $1.65 | Westlaw | | | | x |
| 2/25/15 | LRR Lewis Roca Rothgerber | $90.97 | Westlaw | | | | x |
| 3/5/15 | David M Hyams | $14.70 | Westlaw | | | | x |
| 3/5/15 | David M Hyams | $19.80 | Westlaw | | | | x |
| 3/6/15 | David M Hyams | $24.50 | Westlaw | | | | x |
| 3/6/15 | David M Hyams | $79.20 | Westlaw | | | | x |
| 4/17/15 | LRR Lewis Roca Rothgerber | $8.29 | PACER Service Center-Outside Professional Svcs | | | x | |
| 4/17/15 | LRR Lewis Roca Rothgerber | $25.29 | PACER Service Center-Outside Professional Svcs | | | x | |
| 4/20/15 | Ian S Speir | $4.90 | Westlaw | | | | x |
| 4/27/15 | Eric N. Kniffin | $19.80 | Westlaw | | | | x |
| 4/28/15 | Eric N. Kniffin | $29.40 | Westlaw | | | | x |
| 4/28/15 | Eric N. Kniffin | $39.60 | Westlaw | | | | x |

# Exhibit 2: CBA's Submitted Costs

| Date | Vendor/Name | Amount | Description | | | | |
|---|---|---|---|---|---|---|---|
| 4/29/15 | Eric N. Kniffin | $4.90 | Westlaw | | | | x |
| 4/30/15 | LRR Lewis Roca Rothgerber | $100.00 | VISA 3/9 - 4/7/15, S.O.S. Registration fee | | x | | |
| 5/6/15 | LRR Lewis Roca Rothgerber | $924.82 | Travel Expense - - VENDOR: L. Martin Nussbaum Travel to Oklahoma City, OK 4/28,29/15 | x | | | |
| 5/18/15 | Ian S Speir | $6.96 | Lexis | | | | x |
| 5/18/15 | Eric N. Kniffin | $9.90 | Westlaw | | | | x |
| 5/18/15 | Ian S Speir | $17.80 | Westlaw | | | | x |
| 5/18/15 | Ian S Speir | $49.50 | Westlaw | | | | x |
| 5/18/15 | Ian S Speir | $54.30 | Westlaw | | | | x |
| 5/18/15 | Ian S Speir | $69.30 | Westlaw | | | | x |
| 5/21/15 | Eric N. Kniffin | $4.90 | Westlaw | | | | x |
| 5/21/15 | Eric N. Kniffin | $9.90 | Westlaw | | | | x |
| 5/22/15 | Eric N. Kniffin | $9.90 | Westlaw | | | | x |
| 5/25/15 | L. Martin Nussbaum | $4.58 | Westlaw | | | | x |
| 5/25/15 | L. Martin Nussbaum | $12.96 | Westlaw | | | | x |
| 5/26/15 | L. Martin Nussbaum | $1.27 | Westlaw | | | | x |
| 5/26/15 | L. Martin Nussbaum | $8.96 | Westlaw | | | | x |
| 6/9/15 | Eric N. Kniffin | $1.90 | Westlaw | | | | x |
| 6/15/15 | LRR Lewis Roca Rothgerber | $13.04 | Fedex | | | x | |
| 6/15/15 | LRR Lewis Roca Rothgerber | $13.04 | Fedex | | | x | |
| 6/16/15 | LRR Lewis Roca Rothgerber | $274.10 | Travel Expense - - VENDOR: Diners Club Commercial United Air, L.Martin Nussbaum, OKC, 4/23/15 | x | | | |
| 6/17/15 | LRR Lewis Roca Rothgerber | $934.60 | Travel Expense - - VENDOR: Eric N. Kniffin Travel to OKC 4/28,29/15 | x | | | |
| 7/9/15 | LRR Lewis Roca Rothgerber | $156.35 | Travel Expense - - VENDOR: L. Martin Nu Travel to St. Louis, MO 6/9-11/15 | x | | | |
| 7/17/15 | LRR Lewis Roca Rothgerber | $33.90 | PACER Service Center-Outside Professional Svcs | | x | | |
| 7/17/15 | LRR Lewis Roca Rothgerber | $575.80 | Travel Expense - - VENDOR: L. Martin Nu Travel to Philadelphia, PA 6/23/15 | x | | | |
| 7/22/15 | Eric N. Kniffin | $9.90 | Westlaw | | | | x |
| 7/24/15 | LRR Lewis Roca Rothgerber | $162.00 | Other Disbursements - - VENDOR: United Conference of Catholic Bishops Meeting in St. Louis,  hotel, 7/14/15 | x | | | |
| 8/3/15 | Nicholas N Dyer | $9.90 | Westlaw | | | | x |
| 8/4/15 | Ian S Speir | $29.40 | Westlaw | | | | x |
| 8/4/15 | Ian S Speir | $29.70 | Westlaw | | | | x |
| 8/7/15 | Eric N. Kniffin | $9.90 | Westlaw | | | | x |
| 8/10/15 | Nicholas N Dyer | $29.70 | Westlaw | | | | x |
| 8/11/15 | Nicholas N Dyer | $9.90 | Westlaw | | | | x |
| 8/13/15 | Eric N. Kniffin | $9.90 | Westlaw | | | | x |
| 8/13/15 | LRR Lewis Roca Rothgerber | $1,007.57 | Travel Expense - - VENDOR: L. Martin Nu Travel to Philadelphia, PA, 8/3-5/15 | x | | | |

**Exhibit 2: CBA's Submitted Costs**

| Date | Name | Amount | Description | | | | |
|---|---|---|---|---|---|---|---|
| 8/19/15 | Eric N. Kniffin | $49.50 | Westlaw | | | | x |
| 8/20/15 | L. Martin Nussbaum | $7.20 | Westlaw | | | | x |
| 8/20/15 | Arlene K. Martinez | $17.80 | Westlaw | | | | x |
| 8/20/15 | L. Martin Nussbaum | $29.70 | Westlaw | | | | x |
| 8/20/15 | Arlene K. Martinez | $59.40 | Westlaw | | | | x |
| 8/21/15 | Eric N. Kniffin | $4.90 | Westlaw | | | | x |
| 8/21/15 | Ian S Speir | $8.90 | Westlaw | | | | x |
| 8/21/15 | L. Martin Nussbaum | $9.90 | Westlaw | | | | x |
| 8/24/15 | Ian S Speir | $39.60 | Westlaw | | | | x |
| 8/29/15 | Ian S Speir | $24.90 | Westlaw | | | | x |
| 8/31/15 | Ian S Speir | $39.60 | Westlaw | | | | x |
| 9/8/15 | Ian S Speir | $9.90 | Westlaw | | | | x |
| 9/8/15 | Ian S Speir | $24.90 | Westlaw | | | | x |
| 9/9/15 | Ian S Speir | $4.90 | Westlaw | | | | x |
| 9/9/15 | Ian S Speir | $89.10 | Westlaw | | | | x |
| 9/30/15 | Eric N. Kniffin | $9.90 | Westlaw | | | | x |
| 10/6/15 | Eric N. Kniffin | $49.50 | Westlaw | | | | x |
| 10/8/15 | LRR Lewis Roca Rothgerber | $5.35 | Travel Expense - - VENDOR: L. Martin Nu Travel to Philadelphia, PA 6/25/15 | x | | | |
| 10/15/15 | LRR Lewis Roca Rothgerber | $37.34 | PACER Service Center-Outside Professional Svcs | | x | | |
| 11/6/15 | LRR Lewis Roca Rothgerber | $10.05 | Travel Expense - - VENDOR: L. Martin Nu Parking 8/5/15 | x | | | |
| 11/10/15 | LRR Lewis Roca Rothgerber | $14.83 | Fedex | | | x | |
| 11/12/15 | LRR Lewis Roca Rothgerber | $29.67 | Fedex | | | x | |
| 12/21/15 | Eric N. Kniffin | $8.90 | Westlaw | | | | x |
| 12/21/15 | Eric N. Kniffin | $9.90 | Westlaw | | | | x |
| 12/22/15 | Eric N. Kniffin | $29.70 | Westlaw | | | | x |
| 12/22/15 | LRR Lewis Roca Rothgerber | $37.38 | Travel Expense - - VENDOR: L. Martin Nu Mtg. w/D.Wilson & N.Matthews 11/20/15 | x | | | |
| 12/23/15 | Eric N. Kniffin | $8.90 | Westlaw | | | | x |
| 12/28/15 | LRR Lewis Roca Rothgerber | $19.80 | Westlaw | | | | x |
| 1/7/16 | Ian S Speir | $2.20 | Westlaw | | | | x |
| 1/28/16 | LRR Lewis Roca Rothgerber | $66.29 | PACER Service Center-Outside Professional Svcs | | x | | |
| 1/29/16 | Ian S Speir | $11.80 | Westlaw | | | | x |
| 1/29/16 | Ian S Speir | $29.70 | Westlaw | | | | x |
| 2/1/16 | Nicholas N Dyer | $39.60 | Westlaw | | | | x |
| 4/25/16 | LRR Lewis Roca Rothgerber | $3.44 | PACER Service Center-Outside Profession | | x | | |
| 4/25/16 | LRR Lewis Roca Rothgerber | $5.60 | PACER Service Center-Outside Professional Svcs | | x | | |
| 5/20/16 | Eric N. Kniffin | $9.90 | Westlaw | | | | x |
| 6/2/16 | Eric N. Kniffin | $29.70 | Westlaw | | | | x |
| 6/7/16 | Eric N. Kniffin | $9.90 | Westlaw | | | | x |
| 6/10/16 | Nicholas N Dyer | $19.80 | Westlaw | | | | x |

**Exhibit 2: CBA's Submitted Costs**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/13/16 | Eric N. Kniffin | $29.70 | Westlaw | | | | x |
| 6/15/16 | Eric N. Kniffin | $29.70 | Westlaw | | | | x |
| 6/21/16 | Nicholas N Dyer | $9.90 | Westlaw | | | | x |
| 7/1/16 | Nicholas N Dyer | $9.90 | Westlaw | | | | x |
| 7/19/16 | LRR Lewis Roca Rothgerber | $60.00 | Filing Fees - : VENDOR: Colorado Secretary of State Report, 6/19/16 | | x | | |
| 7/29/16 | Ian S Speir | $9.90 | Westlaw | | | | x |
| 8/16/16 | LRR Lewis Roca Rothgerber | $7.53 | PACER Service Center-Outside Professional Svcs | | x | | |
| 8/19/16 | Eric N. Kniffin | $9.90 | Westlaw | | | | x |
| 8/22/16 | Ian S Speir | $9.90 | Westlaw | | | | x |
| 9/15/16 | Eric N. Kniffin | $19.80 | Westlaw | | | | x |
| 9/19/16 | Eric N. Kniffin | $19.80 | Westlaw | | | | x |
| 10/21/16 | LRR Lewis Roca Rothgerber | $52.15 | VISA 1016 - Springs Fast Casual, 9/8/16 | x | | | |
| 10/27/16 | Nicholas N Dyer | $9.90 | Westlaw | | | | x |
| 10/27/16 | LRR Lewis Roca Rothgerber | $32.29 | Fedex | | | x | |
| 10/27/16 | LRR Lewis Roca Rothgerber | $100.00 | Filing Fees - : VENDOR: Oklahoma Secretary of State Filing fee | | x | | |
| 10/28/16 | LRR Lewis Roca Rothgerber | $24.21 | PACER Service Center-Outside Professional Svcs | | x | | |
| 11/15/16 | L. Martin Nussbaum | $45.22 | Food & Beverage: L. Nussbaum: Breakfast with Fr. Fuller: Baltimore Waterfront | x | | | |
| 11/16/16 | L. Martin Nussbaum | $32.36 | Food & Beverage: L. Nussbaum: Breakfast with Fr. Fuller: Baltimore Waterfront | x | | | |
| 1/27/17 | LRR Lewis Roca Rothgerber | $10.87 | PACER Service Center-Outside Professional Svcs | | x | | |
| 1/27/17 | L. Martin Nussbaum | $43.20 | Mileage: L. Nussbaum: Meeting with Doug Wilson of CBA in their office in Castle Rock: Mileage | x | | | |
| 2/3/17 | Ian S Speir | $9.90 | Westlaw | | | | x |
| 2/6/17 | Ian S Speir | $13.80 | Westlaw | | | | x |
| 2/6/17 | Ian S Speir | $39.60 | Westlaw | | | | x |
| 2/7/17 | Ian S Speir | $20.70 | Westlaw | | | | x |
| 3/22/17 | Nicholas N Dyer | $19.80 | Westlaw | | | | x |
| 4/13/17 | LRR Lewis Roca Rothgerber | $2.04 | PACER Service Center-Outside Professional Svcs | | x | | |
| 7/28/17 | LRR Lewis Roca Rothgerber | $12.16 | PACER Service Center-Outside Professional Svcs | | x | | |
| 8/1/17 | LRR Lewis Roca Rothgerber | $19.80 | Westlaw | | | | x |
| 8/2/17 | LRR Lewis Roca Rothgerber | $19.80 | Westlaw | | | | x |
| 8/21/17 | Ian S Speir | $2.50 | Westlaw | | | | x |
| 8/30/17 | Eric N. Kniffin | $2.50 | Westlaw | | | | x |
| 10/17/17 | Ian S Speir | $19.40 | Westlaw | | | | x |
| 10/17/17 | Ian S Speir | $19.80 | Westlaw | | | | x |
| 10/18/17 | LRR Lewis Roca Rothgerber | $8.29 | PACER Service Center-Outside Professional Svcs | | x | | |
| 10/18/17 | L. Martin Nussbaum | $42.80 | Mileage: L. Nussbaum: Meetings with Client: Mileage | x | | | |
| 10/19/17 | L. Martin Nussbaum | $42.80 | Mileage: L. Nussbaum: CBA/CIC Leadership Meeting in Castle Rock: Mileage | x | | | |

**Exhibit 2: CBA's Submitted Costs**

| Date | Name | Amount | Description | | | | |
|---|---|---|---|---|---|---|---|
| 10/31/17 | Edward A Gleason | $13.80 | Westlaw | | | | x |
| 10/31/17 | Edward A Gleason | $79.20 | Westlaw | | | | x |
| 11/1/17 | Ian S Speir | $9.90 | Westlaw | | | | x |
| 11/2/17 | L. Martin Nussbaum | $31.53 | Food & Beverage: L. Nussbaum: CBA General Assembly Meeting: Marriott | x | | | |
| 11/2/17 | L. Martin Nussbaum | $90.00 | Travel & Lodging: L. Nussbaum: CBA General Assembly Meeting: American Airlines | x | | | |
| 11/2/17 | L. Martin Nussbaum | $491.60 | Travel & Lodging: L. Nussbaum: CBA General Assembly Meeting: American Airlines | x | | | |
| 11/3/17 | L. Martin Nussbaum | $10.25 | Food & Beverage: L. Nussbaum: CBA General Assembly Meeting Kansas City, MO: Starbucks Kansas City Airport | x | | | |
| 11/3/17 | L. Martin Nussbaum | $27.72 | Travel & Lodging: L. Nussbaum: CBA General Assembly Meeting: American Airlines | x | | | |
| 11/3/17 | L. Martin Nussbaum | $35.82 | Travel & Lodging: L. Nussbaum: CBA General Assembly Meeting Kansas City, MO: Americna Airlines | x | | | |
| 11/5/17 | LRR Lewis Roca Rothgerber | $9.90 | Westlaw | | | | x |
| 11/8/17 | L. Martin Nussbaum | $1.42 | Food & Beverage: L. Nussbaum: Meeting with Secretary Hargan in DC: McDonalds (settlement meeting) | x | | | |
| 11/8/17 | L. Martin Nussbaum | $9.99 | Food & Beverage: L. Nussbaum: Meeting with Secretary Hargan in DC: Inflight Meal United Airlines (settlement meeting) | x | | | |
| 11/8/17 | L. Martin Nussbaum | $16.80 | Travel & Lodging: L. Nussbaum: Meeting with Secretary Hargan in DC: Uber (settlement meeting) | x | | | |
| 11/8/17 | L. Martin Nussbaum | $69.00 | Travel & Lodging: L. Nussbaum: Meeting with Secretary Hargan in DC: United Airlines (settlement meeting) | x | | | |
| 11/8/17 | L. Martin Nussbaum | $74.90 | Mileage: L. Nussbaum: Meeting with Secretary Hargan in DC: Mileage (settlement meeting) | x | | | |
| 11/8/17 | L. Martin Nussbaum | $99.00 | Travel & Lodging: L. Nussbaum: Meeting with Secretary Hargan in DC: United Airlines (settlement meeting) | x | | | |
| 11/8/17 | L. Martin Nussbaum | $1,271.40 | Travel & Lodging: L. Nussbaum: Meeting with Secretary Hargan in DC: United Airlines (settlement meeting) | x | | | |
| 11/9/17 | L. Martin Nussbaum | $6.36 | Food & Beverage: L. Nussbaum: Meeting with Secretary Hargan in DC: McDonalds (settlement meeting) | x | | | |
| 11/9/17 | L. Martin Nussbaum | $9.30 | Food & Beverage: L. Nussbaum: Meeting with Secretary Hargan in DC: Potbelly Sandwich Shop (settlement meeting) | x | | | |
| 11/9/17 | L. Martin Nussbaum | $9.99 | Food & Beverage: L. Nussbaum: Meeting with Secretary Hargan in DC: Inflight Meal - United (settlement meeting) | x | | | |
| 11/9/17 | L. Martin Nussbaum | $10.10 | Food & Beverage: L. Nussbaum: Meeting with Secretary Hargan in DC: Pour la France DIA (settlement meeting) | x | | | |
| 11/9/17 | L. Martin Nussbaum | $17.00 | Travel & Lodging: L. Nussbaum: Meeting with Secretary Hargan in DC: Taxi (settlement meeting) | x | | | |

# Exhibit 2: CBA's Submitted Costs

| Date | Name | Amount | Description | | | | |
|---|---|---|---|---|---|---|---|
| 11/9/17 | L. Martin Nussbaum | $48.00 | Travel & Lodging: L. Nussbaum: Meeting with Secretary Hargan in DC: DIA Parking (settlement meeting) | x | | | |
| 11/13/17 | LRR Lewis Roca Rothgerber | $33.10 | Fedex | | | x | |
| 12/4/17 | L. Martin Nussbaum | $12.20 | Food & Beverage: L. Nussbaum: Marketing: Mesa Verde-DIA (settlement meeting) | x | | | |
| 12/4/17 | L. Martin Nussbaum | $346.40 | Travel & Lodging: L. Nussbaum: Marketing: Frontier Airlines (settlement meeting) | x | | | |
| 12/5/17 | L. Martin Nussbaum | $14.53 | Travel & Lodging: L. Nussbaum: Marketing: Uber (settlement meeting) | x | | | |
| 12/5/17 | L. Martin Nussbaum | $19.80 | Food & Beverage: L. Nussbaum: Marketing: JW Marriott Chef's Market (settlement meeting) | x | | | |
| 12/5/17 | L. Martin Nussbaum | $42.00 | Travel & Lodging: L. Nussbaum: Marketing: DIA Parking (settlement meeting) | x | | | |
| 12/5/17 | L. Martin Nussbaum | $46.08 | Food & Beverage: L. Nussbaum: Marketing: Reservoir (settlement meeting) | x | | | |
| 12/5/17 | L. Martin Nussbaum | $74.90 | Mileage: L. Nussbaum: marketing: mileage (settlement meeting) | x | | | |
| 12/5/17 | L. Martin Nussbaum | $432.80 | Travel & Lodging: L. Nussbaum: Marketing: JW Marriott (settlement meeting) | x | | | |
| 12/6/17 | LRR Lewis Roca Rothgerber | $21.57 | Fedex | | | x | |
| 1/18/18 | LRR Lewis Roca Rothgerber | $85.67 | PACER Service Center-Outside Professional Svcs | | x | | |
| 4/16/18 | LRR Lewis Roca Rothgerber | $21.95 | PACER Service Center-Outside Professional Svcs | | x | | |
| 5/9/18 | Eric N. Kniffin | $11.90 | Westlaw | | | | x |
| 5/11/18 | LRR Lewis Roca Rothgerber | $3.00 | Westlaw | | | | x |
| 5/11/18 | Eric N. Kniffin | $8.50 | Westlaw | | | | x |
| 5/11/18 | LRR Lewis Roca Rothgerber | $15.00 | Westlaw | | | | x |
| 5/17/18 | Eric N. Kniffin | $11.90 | Westlaw | | | | x |
| **Totals** | | **$38,149.74** | | | | | |