**Exhibit 4: Analysis of Defendants' "Media-Related Fees"**

| Date | Name | Ds' Est. Time | Actual Time | Lodestar Rate | Fees at Lodestar Rate | Description | Notes |
|---|---|---|---|---|---|---|---|
| 3/4/14 | Speir | 0.7 | **0.2** | $420 | $84.00 | Phone conferences with Mr. Hoefling, Ms. Gorman Rau, and Mr. Caine regarding **case, needed documents, verification, and** coordination of public communications. | |
| 3/11/14 | Nussbaum | 8.0 | **0.8** | $610 | $488.00 | **Exchange email messages with Messrs. [Redacted] and Caine re timing for filing the lawsuit and related issues. Numerous email communications re banking issues predicate to filing suit. Phone conference with Ms. Morrissey re same. Email to Mr. Baird r e same. Email to Mr. Caine re same. Further revision of brief in support of preliminary injunction. Conference with Mr. Speir re several litigation issues. Continue revising brief in support of motion for preliminary injunction. Forward to assis tant to prepare table of cases and authorities**. Review and revise press release. Email to Mr. Caine re same. | |
| 3/13/14 | Nussbaum | 1.5 | **0.8** | $610 | $488.00 | Respond to numerous media inquiries and issues. Email to Archbishop Sartain re same. Review email from Ms. Hettinger re inquiry from Catholic Channel. Review email from Neil Cavuto's assistant re interview on Fox Business News. **Email to [Redacted] leadership re developments and follow up conversations with [Redacted]. Email to Mr. Picarello re developments. Exchange emails with [Redacted] of the Archdiocese [Redacted] Exchange emails with Tish Eason with the Archdiocese of Oklahoma City. Respond to inquiry from Deacon [Redacted] of the Archdiocese of [Redacted].** Email to Kelly Kissell of the Oklahoman newspaper. **Email to Hillary Burns requiring additional information for the presentation she is making re the Cathol ic Benefits Association. Review series of emails from Ms. Ables re Judges, Leonard, DiJusti, and Russell each, seriatim, recusing themselves. Email clients re same.** | |
| 3/19/14 | Speir | 2.5 | **0.5** | $420 | $210.00 | Review correspondence concerning press coverage of case **and orders granting admission pro hac vice. Complete ECF registration form and prepare for filing. Correspondence with Ms. Matthews regarding contact information for members; draft email to me mbers requesting information on plan year dates; prepare email list of members. Participate in Federalist Society teleforum on contraceptive mandate and Hobby Lobby case; take notes regarding same and provide to Mr. Nussbaum.** | |
| 5/21/14 | Nussbaum | 1.0 | 1.0 | $610 | $610.00 | Identify issues for press reports; conference with Ms. J. Desmond re litigation | Ms. J. Desmond is a reporter with the National Catholic Register. |
| 5/27/14 | Nussbaum | 2.5 | 2.5 | $610 | $1,525.00 | Attention to provisional press release; revision of press release related to preliminary injunction order | |

**Exhibit 4: Analysis of Defendants' "Media-Related Fees"**

| Date | Name | Ds' Est. Time | Actual Time | Lodestar Rate | Fees at Lodestar Rate | Description | Notes |
|---|---|---|---|---|---|---|---|
| 5/27/14 | Speir | 0.2 | **0.1** | $420 | $42.00 | Office conference with Mr. M. Nussbaum **regarding pending decision on motion for preliminary injunction motion and** public relations strategy after decision issues | |
| 6/4/14 | Nussbaum | 3.8 | **0.6** | $610 | $366.00 | **Review opinion in detail; conference call with Archbishop Lori and Ms. N. Matthews re same;** draft press release re preliminary injunction; forward same to Mr. S. Caine | |
| 6/5/14 | Nussbaum | 6.3 | **0.5** | $610 | $305.00 | **Review order granting preliminary injunction; conference with Messrs. I. Speir and E. Kniffin re same; voice mail message to Mr. R. Gallagher; phone conference with Ms. N. Matthews re same; conference call with Ms. N. Matthews and Archbishop Lori re same; email to board advising them of opinion;** revise press release and forward to Messrs. S. Caine and A. [Redacted]. **Further review of decision; email to members re preliminary injunction; email to directors commenting upon same. Review and respond to numerous email responses; phone conference with Archbishop Lori re explanation of decision to bishops in New Orleans; phone conference with Lisa Weidemann re same; email to Ms. N. Matthews re inquiry from third party; many communications via email and phone re decision and implications of same.** | |
| 6/6/14 | Nussbaum | 2.0 | **1.0** | $610 | $610.00 | Exchange emails with Mr. S. Caine re press issues; review email from [Redacted] re same; **numerous communications with members re decision; email to [Redacted] re website updates; draft report to board providing more detailed comments re decision;** phone conference with Ms. N. Matthews re press coverage; **phone conference with Mr. R. Bordelon and Ms. W. Vitter of the Archdiocese of New Orleans re the decision and related issues; phone conference with Archbishop Lori re meeting times; phone conference with Ms. L. Weidinger re same; email to Archbishop Lori re Ms. L. Weidinger and Healthscope benefits; review email from the Archdiocese of Oklahoma re reporting;** email to reporter Ms. J. Desmond re opinion; phone conference with Ms. J. Desmond re article; **conference with Mr. E. Kniffin re procedural means for acquiring injunctive relief for future members; conference with Mr. B. Humphreys re possible stipulation; email to Mr. B. Humphreys providing case law re prior instances where DOJ made such stipulations; email to Archbishop Lori and Ms. N. Matthews re same;** review press reports | |

**Exhibit 4: Analysis of Defendants' "Media-Related Fees"**

| Date | Name | Ds' Est. Time | Actual Time | Lodestar Rate | Fees at Lodestar Rate | Description | Notes |
|---|---|---|---|---|---|---|---|
| 12/29/14 | Nussbaum | 4.4 | **0.8** | $610 | $488.00 | **Review decision from Judge Russell granting preliminary injunction; voice mail messages, respectively, to Archbishop Lori, Ms. N. Matthews, and [Redacted]; email to [Redacted] re posting preliminary injunction order; draft letter to officers and directors re the decision of Judge Russell;** email messages to [Redacted] and S. Caine re possible press release; reply to their responses; **phone conference with Archbishop Lori re Judge Russell's preliminary injunction;** phone conference with [Redacted] re press release; **email to [Redacted] re changes on the website re fees and litigation results.** | |
| 12/31/14 | Nussbaum | 3.8 | **1.0** | $610 | $610.00 | Finish draft of press release; forward same to Archbishop Lori for his review; phone conference with Archbishop Lori re revisions; forward same to [Redacted] for publication; **draft, edit, and forward year end message to members re preliminary injunction order.** | |
| 3/9/15 | Nussbaum | 1.8 | - | $610 | $0.00 | **Review press accounts re Supreme Court's granting of Notre Dame's GVR motion; review motion; conference with Messrs. I. Speir and E. Kniffin re same; email to officers and directors commenting upon same.** | Neither reviewing news about the Supreme Court nor updating client on developments is "media-related time" as defined by Defendants |
| 6/30/15 | Kniffin | 1.2 | **0.5** | $440 | $220.00 | Consult with Mr. M. Nussbaum regarding CNS article on Zubik Supreme Court order; review Mr. M. Nussbaum edits to CNS article; **correspond with Mr. M. Rienzi about status of Wheaton College case in light of Supreme Court order;** review Department of Labor letter to Wheaton College's TPA in light of Supreme Court order | "CNS" is Catholic News Service |
| 8/25/15 | Nussbaum | 2.0 | **1.2** | $610 | $732.00 | Attention to numerous communications related to press release about amicus brief; **exchange email messages with Prof. H. Alvaré.** | |
| 3/24/16 | Speir | 2.3 | - | $420 | $0.00 | **Review oral argument in Little Sisters case and related media commentary; correspond with Messrs. M. Nussbaum and E. Kniffin regarding strategy for CBA case; office conference with Mr. Nussbaum regarding Little Sisters oral argument and options for CBA** | Reviewing news about the Supreme Court is not "media-related time" as defined by Defendants |

**Exhibit 4: Analysis of Defendants' "Media-Related Fees"**

| Date | Name | Ds' Est. Time | Actual Time | Lodestar Rate | Fees at Lodestar Rate | Description | Notes |
|---|---|---|---|---|---|---|---|
| 4/3/16 | Nussbaum | 2.0 | **1.0** | $610 | $610.00 | **Phone conference with [Redacted] re strategy and communications related to Supreme Court's order requesting parties to identify less restrictive alternative means; email to Prof. McConnell re phone call; review his response; outline issues to discuss with Prof. McConnell;** phone call with Prof. McConnell re implications of Supreme Court order and re possible op-ed; outline op-ed. | |
| 4/4/16 | Nussbaum | 7.5 | **2.5** | $610 | $1,525.00 | Phone conference with [Redacted] re press coverage issues; further revise outline for Mr. M. McConnell's article; conference with Messrs. W. Mahaffey and E. Kniffin re **developments over the weekend related to Supreme Court requests for additional briefing** and public relations issues; phone conference with Archbishop Lori re same and re public communications efforts; **draft memo to Archbishop Lori with bullet points related to moral analysis; review memorandum from Mr. R. Doerflinger and Father Ryan re same; review memorandum from Jones Day re moral issues; conference with Messrs. Mahaffey and Kniffin re same; draft commentary on same for Archbishop Lori.** | |
| 4/4/16 | Kniffin | 7.1 | **2.5** | $440 | $1,100.00 | **Meeting with Messrs. M. Nussbaum and W. Mahaffey in advance of call with Bishop Lori;** draft op-ed on government's seamlessness argument for Mr. M. McConnell; **meeting with Messrs. Nussbaum and Mahaffey to discuss Jones Day memorandum on Court's proposal; review Mr. Mahaffey's memorandum on feasibility of CASC-only policy on ACA exchange; email correspondence with team regarding same** | |
| 4/7/16 | Nussbaum | 2.3 | **2.0** | $610 | $1,220.00 | **Phone conversation with Marist pollster and [Redacted] re polling questions;** revision of op-ed for Prof. M. McConnell; final revisions to op-ed for Prof. McConnell; email same to Prof. McConnell along with memorandum in support of op-ed. | |
| 4/7/16 | Kniffin | 0.7 | 0.7 | $440 | $308.00 | Review [Redacted] comments on McConnell op-ed; notes regarding same; meeting with Mr. M. Nussbaum regarding same | |
| 4/12/16 | Nussbaum | 0.8 | **0.4** | $610 | $244.00 | Phone conference with [Redacted] re public relations issues; **review penultimate draft of response brief; conference with Mr. E. Kniffin re same; email to Ms. N. Matthews re same;** phone conference with [Redacted] **re Supreme Court briefing and** public communications re same. | |
| 4/13/16 | Nussbaum | 0.5 | 0.5 | $610 | $305.00 | Review McConnell op-ed and forward same to client. | |

**Exhibit 4: Analysis of Defendants' "Media-Related Fees"**

| Date | Name | Ds' Est. Time | Actual Time | Lodestar Rate | Fees at Lodestar Rate | Description | Notes |
|---|---|---|---|---|---|---|---|
| 4/18/16 | Kniffin | 2.4 | **1.2** | $440 | $528.00 | Review and edit op-ed on "seamlessness;" phone call and email to [Redacted] with revised piece; meeting with Mr. M. Nussbaum regarding upcoming CBA member webinar; emails with Messrs. Nussbaum and D. Wilson regarding same; preparing for webinar | |
| 5/11/16 | Nussbaum | 0.3 | 0.3 | $610 | $183.00 | Review Mr. E. Kniffin's Washington times article re Little Sisters case. | |
| 4/25/17 | Kniffin | 4.0 | - | $440 | $0.00 | **Meeting with M. Nussbaum to discuss CBA webinar, member questions, and related issues; review and respond to member questions arising out of webinar;** review news articles related to developments in Fifth Circuit CASC Mandate litigation; review docket in Fifth Circuit CASC Mandate case; email and phone conversations with Becket attorneys regarding same; conversation with M. Nussbaum regarding Fifth Circuit case and related media; **draft proposed CBA member update related to same;** [Redacted] | Reviewing news about developments in other mandate cases is not "media-related time" as defined by Defendants |
| 4/26/17 | Nussbaum | 3.0 | **0.9** | $610 | $549.00 | **Preparation for webinar reporting on litigation and other issues to members; presentation during webinar; review draft notice to members re misleading press reports re litigation; review draft notice prepared by Professor Alvare; conference call with Messrs. Wilson and Kniffin re same;** phone conference with [Redacted] re public communications issues related to the administration resolving the CASC cases; phone conversation with D. Wilson re same. | Counsel had to review press about mandate litigation because members were reading misleading reports and counsel needed to correct inaccuracies and reassure members that the CBA's relief was still in place |
| 5/3/17 | Nussbaum | 0.7 | - | $610 | $0.00 | **Review press reports re imminent religious freedom order from President Trump; email to D. Wilson re same; draft email reporting on same for D. Wilson to forward to members.** | Reviewing news about the Departments' latest changes to the mandate is not "media-related time" as defined by Defendants |
| 5/31/17 | Kniffin | 4.8 | **0.3** | $440 | $132.00 | **Review news regarding leaked draft of interim final rule expanding exemption on CASC Mandate; conversation with M. Nussbaum regarding same; review draft interim final rule; notes regarding same; conversations with M. Nussbaum regarding draft rule, strategy conversations regarding same; draft communications from CBA to members regarding same;** phone conversations with [Redacted] and M. Rienzi of Becket about draft rule and related public and government relations messaging strategies | Reviewing news about the Departments' latest changes to the mandate is not "media-related time" as defined by Defendants |
| 7/24/17 | Nussbaum | 1.0 | **0.5** | $610 | $305.00 | Phone conference with Mark Rienzi re public communication strategy; **phone conference with Doug Wilson and Eric Kniffin re 10th Circuit Order;** conference with E. Kniffin re preparation of communications | |

**Exhibit 4: Analysis of Defendants' "Media-Related Fees"**

| Date | Name | Ds' Est. Time | Actual Time | Lodestar Rate | Fees at Lodestar Rate | Description | Notes |
|---|---|---|---|---|---|---|---|
| 7/24/17 | Kniffin | 5.1 | **3.1** | $440 | $1,364.00 | Phone conversations with M. Rienzi regarding media strategy related to motion to dismiss filing; conversations with M. Nussbaum related to same; conference call with M. Rienzi and M. Nussbaum regarding coordinated media strategy; conference call with M. Nussbaum and D. Wilson regarding same; **draft CBA press release and member communication related to motion and court's order** | |
| 7/25/17 | Nussbaum | 4.0 | **2.0** | $610 | $1,220.00 | Conference call with [Redacted] and [Redacted] [Redacted] providing update on communications plan related to motion for affirmance; review and revise draft letter from Doug Wilson to members re the 10th Circuit order related to the motion to affirmance; revise draft press release; phone conference with D. Wilson; review D. Wilson's message to members; email to D. Wilson re same | |
| 7/25/17 | Kniffin | 2.7 | **1.1** | $440 | $484.00 | Draft CBA press release **and member communication** related to motion and court's order; communications with M. Nussbaum regarding same; **review CBA communication sent to members; conversation with M. Nussbaum regarding same** | |
| 7/26/17 | Nussbaum | 3.0 | **3.0** | $610 | $1,830.00 | Phone conference with others re press communications related to July 31 deadline; conference with Eric Kniffin re communications with Eric Rassbach at Becket Fund re messaging; phone conference with Doug Wilson re same; phone conference with Mike Moses and Hilary Byrne re public communications and White House communications; phone conference with Doug Wilson re same; forward documents requested by Mr. Moses and Ms. Byrne. | |
| 7/26/17 | Kniffin | 5.1 | **3.5** | $440 | $1,540.00 | Meeting with M. Nussbaum to discuss media developments **and case strategy**; joint phone call to E. Rassbach of Becket **regarding same**; conversations with M. Nussbaum and D. Wilson regarding media strategy and draft press release; edit press release for CBA; email communications with M. Nussbaum and D. Wilson regarding same | |
| 7/27/17 | Nussbaum | 1.3 | **1.1** | $610 | $671.00 | **Attention to various emails**; draft and revise press release regarding 10th Circuit's order that government respond with specificity to motion for summary affirmance; exchange emails with communications team re same; review early press reports. | |
| 7/27/17 | Kniffin | 0.6 | **0.3** | $440 | $132.00 | Email and follow up communications with M. Nussbaum regarding media developments **and strategy related to Tenth Circuit motion to dismiss; phone call with E. Rassbach of Becket regarding case strategy** | |

**Exhibit 4: Analysis of Defendants' "Media-Related Fees"**

| Date | Name | Ds' Est. Time | Actual Time | Lodestar Rate | Fees at Lodestar Rate | Description | Notes |
|---|---|---|---|---|---|---|---|
| 7/28/17 | Nussbaum | 1.5 | **0.5** | $610 | $305.00 | **Phone conference with Doug Wilson re management of events on July 31 after DOJ filed its response; phone conversation with Mark Rienzi at Becket re communications for the government;** conference with Eric Kniffin re drafting two press releases to have in the ready for the Monday filing; **voice mail message to Doug Wilson.** | |
| 7/29/17 | Kniffin | 2.0 | 2.0 | $440 | $880.00 | Draft CBA press release in anticipation of DOJ filing on Monday, July 31; forward same to M. Nussbaum for review | |
| 8/2/17 | Nussbaum | 2.5 | 2.5 | $610 | $1,525.00 | Conference with E. Kniffin re communications with [Redacted]; phone conference with M. Rienzi re next steps and whether to form a national effort to publicly push for settlement of cases; phone conference with D. Wilson re same; conference call with D. Wilson, E. Kniffin, [Redacted], [Redacted] and N. Mathews re same; conference with E. Kniffin re preparation of press release, op-ed and letter. | |
| 8/2/17 | Kniffin | 5.9 | **1.4** | $440 | $616.00 | **Legal research regarding developing factual record and discovery requests pending appeal; strategy meeting with M. Nussbaum in light of Tenth Circuit order; phone call with M. Nussbaum and M. Rienzi regarding status of settlement negotiations with DOJ and related strategy conversation; review latest settlement proposal from DOJ; review term sheet submitted to DOJ by Becket; email communications with M. Rienzi regarding same; email communications with M. Rienzi regarding common interest and joint defense agreement;** draft CBA op-ed, press release, and letter to President Trump | |
| 8/3/17 | Kniffin | 6.4 | 6.4 | $440 | $2,816.00 | Strategy meeting with M. Nussbaum regarding media strategy on CBA; related phone and email conversations with [Redacted] of [Redacted]; draft and edit CBA op-ed, press release, and letter to President Trump; edits and conversations with M. Nussbaum regarding same | |
| 8/5/17 | Kniffin | 2.6 | **0.4** | $440 | $176.00 | Meeting with M. Nussbaum regarding media strategy **and CBA website edits; review CBA website; prepare list of proposed edits and additions to CBA website; email to D. Wilson with proposed edits and additional documents to be uploaded onto or linked to CBA website** | |
| 8/7/17 | Kniffin | 0.6 | 0.6 | $440 | $264.00 | Email and phone conversations with D. Wilson and [Redacted] regarding CBA media strategy and roll out | |
| 8/11/17 | Kniffin | 1.8 | 1.8 | $440 | $792.00 | Review email from D. Wilson and others regarding status of media materials; review drafts and provide red lines with proposed edits; follow up email conversations regarding same | |

**Exhibit 4: Analysis of Defendants' "Media-Related Fees"**

| Date | Name | Ds' Est. Time | Actual Time | Lodestar Rate | Fees at Lodestar Rate | Description | Notes |
|---|---|---|---|---|---|---|---|
| 8/15/17 | Speir | 0.3 | 0.3 | $420 | $126.00 | Attention to correspondence re CBA press release and draft letter from Mr. D. Wilson to President Trump; correspond with [Redacted] re same | |
| 8/24/17 | Kniffin | 4.1 | **1.0** | $440 | $440.00 | **Correspondence with Jones Day and Becket regarding settlement strategy and interactions with DOJ;** review news reports on CBA letter to President Trump; **strategy conversations with M. Nussbaum; communications with [Redacted] and M. Nussbaum regarding same; communications with M. Nussbaum and Archbishop Lori regarding proposed settlement conversations with other CASC plaintiffs;** communications with [Redacted] regarding mandate press; | |
| 8/25/17 | Kniffin | 3.5 | **1.0** | $440 | $440.00 | **Strategy conversations with M. Nussbaum;** phone and email communications with Becket executive directors and attorneys regarding media strategy; interviews with WENT reporters concerning CBA motion and letter to President Trump; **review email from M. Rienzi including latest draft of proposed settlement prepared by Jones Day; notes regarding proposed terms; draft potential additional recitals for CASC settlement; forward proposed recitals to M. Nussbaum for review** | "WENT reporters" is supposed to be "EWTN reporters." EWTN is a national Catholic news organization. |
| 8/30/17 | Kniffin | 2.7 | **0.5** | $440 | $220.00 | Correspondence **with CBA** and reporters regarding media inquiries; review press related to CBA and Mandate lawsuit; **correspondence with M. Nussbaum regarding communications with DOJ;** correspondence with Jones Day regarding settlement negotiations; phone call with T. Belz regarding settlement negotiations; review and edit latest proposed settlement documents for CBA cases | |

**Exhibit 4: Analysis of Defendants' "Media-Related Fees"**

| Date | Name | Ds' Est. Time | Actual Time | Lodestar Rate | Fees at Lodestar Rate | Description | Notes |
|---|---|---|---|---|---|---|---|
| 10/6/17 | Nussbaum | 8.8 | **1.0** | $610 | $610.00 | **Conference call with A. Picarello and his colleagues, L. DeJulius and his colleagues, and M. Rienzi and his colleagues re breakdown of settlement negotiations and imminent issuance of interim final rule ("IFR); phone conference with Archbishop Lori re same; phone conference with Doug Wilson re same and re communications with members including webinar;** draft press release; communications re same; **attend to webinar issues; begin review of IFR; conference with E. Kniffin re same; second conference call with same group as before to discuss today's communications with DOJ; review reports re second IFR, issuance of RFRA interpretive guidelines, and various press reports; review White House statements; discuss with E. Kniffin DOJ's request for dismissal of appeal; phone conference with Joshua Salzman at DOJ re same; review DOJ's draft motion to dismiss; second phone conference with J. Salzman; draft motion for additional time to respond to motion to dismiss; prepare several written reports to CBA officers re developments during day.** | |
| 10/6/17 | Speir | 1.2 | - | $420 | $0.00 | Review M. Nussbaum's correspondence and New York Times and other media reports regarding anticipated interim final rule eliminating mandate; correspond with E. Kniffin re same; review DOJ's (Joshua Saltzman's) email re motions to dismiss; review DOJ's voluntary motion to dismiss appeal and our response to same | Reviewing news about the Departments' latest changes to the mandate is not "media-related time" as defined by Defendants |
| 10/6/17 | Kniffin | 4.2 | - | $440 | $0.00 | Review HHS Interim Final Rule on contraception mandate and related press; related email communications with other allied attorneys; participate in Becket press call; communications with M. Nussbaum and I. Speir regarding rule; review lawsuits filed against new IFR by ACLU and state attorney generals; review voluntary motion to dismiss filed by DOJ to Tenth Circuit regarding appeal of preliminary injunction | Reviewing another law firm's analysis of the Departments' latest changes to the mandate is not "media-related time" as defined by Defendants |
| 10/14/17 | Kniffin | 0.5 | 0.5 | $440 | $220.00 | Review M. Nussbaum emails and draft CBA press release | |
| 10/16/17 | Kniffin | 4.5 | - | $440 | $0.00 | **Meeting with M. Nussbaum regarding phone call with DOJ and outstanding issues; begin mootness research; review press related to DOJ settlement with Jones Day** | Reviewing news about Defendants' generous settlement with Jones Day is not "media-related time" as defined by Defendants |

**Exhibit 4: Analysis of Defendants' "Media-Related Fees"**

| Date | Name | Ds' Est. Time | Actual Time | Lodestar Rate | Fees at Lodestar Rate | Description | Notes |
|---|---|---|---|---|---|---|---|
| 11/10/17 | Nussbaum | 1.8 | - | $610 | $0.00 | Phone conference with Tim Belz re his call with Ethan Davis, conference with E. Kniffin re timing of responses to the various motions in the IFR and the CASC cases; email to M. Rienzi, T. Belz, and G. Baylor re same; review press release from New York attorney general re second motion for preliminary injunction in an IFR case; email to clients re same. | Reviewing news about lawsuit filed against Departments' IFR is not "media-related time" as defined by Defendants |
| **TOTALS:** | | **157.8** | **58.3** | | **$30,458.00** | | |