**Exhibit 7: Analysis of Defendants' "Fees for April 29, 2015 Hearing Preparation"**

| Date | Name | Ds' Est. Time | Actual Time | Lodestar Rate | Fees at Lodestar Rate | Description | Notes |
|---|---|---|---|---|---|---|---|
| 4/21/15 | Kniffin | 3.0 | 3.0 | $440 | $1,020.00 | Prepare and file proposed order related to statement filed April 20; prepare for April 29 hearing | |
| 4/22/15 | Kniffin | 4.0 | 4.0 | $440 | $1,360.00 | Review government statement on proposed protocol; notes and email regarding same; prepare for April 29 hearing | |
| 4/23/15 | Nussbaum | 1.0 | 1.0 | $610 | $490.00 | Work with Mr. E. Kniffin re oral argument. | |
| 4/23/15 | Kniffin | 4.5 | 4.5 | $440 | $1,530.00 | Prepare for April 29 hearing on proposed protocol | |
| 4/24/15 | Kniffin | 3.3 | 3.3 | $440 | $1,122.00 | Prepare for April 29 hearing on proposed protocol | |
| 4/26/15 | Kniffin | 1.0 | 1.0 | $440 | $340.00 | Prepare for April 29 oral argument | |
| 4/27/15 | Speir | 1.6 | **1.0** | $420 | $432.00 | Office conferences and moot court with Mr. E. Kniffin to prepare for oral argument on motion to amend preliminary injunction; **attention to correspondence regarding Supreme Court's vacation of Sixth Circuit mandate decision** | |
| 4/27/15 | Kniffin | 10.0 | 10.0 | $440 | $3,400.00 | Prepare for hearing on motion to amend and simplified protocol | |
| 4/28/15 | Nussbaum | 7.5 | **2.0** | $610 | $3,675.00 | **Transit to Oklahoma City for argument;** review and outline issues from government's brief for final preparation of Mr. Kniffin (10.50 hours worked/7.50 hours billed). | Travel related to the hearing is not time "preparing for the . . . hearing" as defined by Defendants |
| 4/28/15 | Kniffin | 8.0 | **2.0** | $440 | $2,720.00 | Prepare for hearing on motion to amend; **travel to Oklahoma City** (11.30 hours worked; 8.0 hours billed) | Travel related to the hearing is not time "preparing for the . . . hearing" as defined by Defendants |
| 4/29/15 | Nussbaum | 8.0 | **1.0** | $610 | $3,920.00 | Conference with Mr. Kniffin in preparation for oral argument; **transit to court house; representation during oral argument; conference with Ms. A. Ables and Mr. J. Blasingame; transit to Colorado Springs** (11.5 hours worked, 8.0 hours billed) | Attending the hearing, debriefing with local counsel, and travel related to the hearing is not time "preparing for the . . . hearing" as defined by Defendants |
| 4/29/15 | Kniffin | 8.0 | **1.0** | $440 | $2,720.00 | Prepare for hearing; **hearing on motion to amend and simplified protocol before Judge Russell; debrief with Mr. M. Nussbaum; debrief with Mr. Nussbaum and Ms. N. Matthews; transit to Colorado Springs** (9.70 hours worked; 8.0 hours billed) | Attending the hearing, debriefing with local counsel, and travel related to the hearing is not time "preparing for the . . . hearing" as defined by Defendants |
| **TOTALS:** | | **59.9** | **33.8** | | **$22,729.00** | | |