**Exhibit 9: Analysis of Defendants' "Fees for Briefing Class Certification Motion"**

| Date | Name | Ds' Est. Time | Actual Time | Lodestar Rate | Fees at Lodestar Rate | Description | Notes |
|---|---|---|---|---|---|---|---|
| 2/22/14 | Nussbaum | 3.3 | **0.7** | $610 | $427.00 | Legal research re sub-class certification. **Outline checklist for complaint. Review adverse 7th Circuit decision in Notre Dame case. Review D.Okla. decision in Guidestone case.** | |
| 2/24/14 | Kniffin | 4.3 | **0.8** | $440 | $352.00 | **Meeting with Mr. Speir and Mr. Nussbaum. Research on preferable venue, review of relevant HHS Mandate, RLUIPA, and RFRA decisions in DC, Tenth Circuit, Colorado and OK district courts. Discussion with Mr. Speir re recommendation to file in Tenth Circuit.** Background research for memo re class certification. | |
| 2/26/14 | Kniffin | 5.5 | 5.5 | $440 | $2,420.00 | Legal research and draft motion for class certification. | |
| 2/27/14 | Kniffin | 1.3 | 1.3 | $440 | $550.00 | Legal research and draft motion for class certification. | |
| 2/28/14 | Kniffin | 6.0 | 6.0 | $440 | $2,640.00 | Legal research and draft motion for class certification. | |
| 2/24/14 | Plachy | 0.5 | - | $0 | $0.00 | Conference call with Messrs. Nussbaum and Speir regarding class certification issues and strategy. | The CBA is not seeking fees for any of Mr. Plachy's time. See ECF 188-1 at 45, ECF 192 at 2-3. |
| 3/1/14 | Kniffin | 7.0 | 7.0 | $440 | $3,080.00 | Legal research and draft motion for class certification. | |
| 3/3/14 | Nussbaum | 6.0 | **5.5** | $610 | $3,355.00 | **Continue drafting and revising complaint.** Conference with Messrs. Speir and Kniffen **re same and re issues related to the motion** and brief for class certification. | |
| 3/3/14 | Speir | 0.4 | 0.4 | $420 | $168.00 | Office conferences with Messrs. Nussbaum and Kniffin regarding class certification and timing. | |
| 3/3/14 | Kniffin | 4.0 | **0.5** | $440 | $220.00 | **Read and edit draft complaint;** conversation with Messrs. Nussbaum and Speir re **strategy and timing of complaint, preliminary injunction motion,** motion for class certification; and draft motion for class certification. | |
| 3/4/14 | Kniffin | 4.3 | 4.3 | $440 | $1,870.00 | Legal research and draft motion for class certification. | |
| 3/5/14 | Kniffin | 8.0 | **7.5** | $440 | $3,300.00 | **Meeting with Messrs. Mahaffey, Speir and Nussbaum re complaint and case strategy;** legal research, draft and edit motion for class certification. | |
| 3/6/14 | Kniffin | 6.3 | **4.3** | $440 | $1,892.00 | Edit motion for class certificaiton; **read and submit comments on draft complaint; meetings with Messrs. Mahaffey, Nussbaum and Speir re complaint, timing, and strategy.** | |
| 3/6/14 | Kniffin | 0.8 | 0.8 | $440 | $330.00 | Edit motion for class certification in light of updated allegations in complaint. | |
| 3/10/14 | Kniffin | 3.5 | **1.5** | $440 | $660.00 | **Read draft complaint and preliminary injunction,** edit motion for class certification. | |

**Exhibit 9: Analysis of Defendants' "Fees for Briefing Class Certification Motion"**

| Date | Name | Ds' Est. Time | Actual Time | Lodestar Rate | Fees at Lodestar Rate | Description | Notes |
|---|---|---|---|---|---|---|---|
| 3/11/14 | Kniffin | 0.8 | 0.8 | $440 | $330.00 | Revise motion for class certification in light of changes to complaint and preliminary injunction. | |
| 3/13/14 | Speir | 1.1 | **0.5** | $420 | $210.00 | **Correspondence with Mr. Nussbaum regarding Judge Leonard; correspondence with Mr. Blassingame regarding summons to Attorney General Holder.** Review and provide comments to Mr. Kniffin on draft motion for class certification. | |
| 3/13/14 | Kniffin | 3.5 | **1.5** | $440 | $660.00 | Draft Ms. Matthews and Mr. Nussbaum declarations for attachment to motion for class certification; **background research on Judge DeJuisti opinions on RLUIPA, RFRA, and Free Exercise.** | |
| 3/17/14 | Kniffin | 2.8 | **2.4** | $440 | $1,056.00 | Legal research, draft declarations for motion for class certification, **email to Becket Fund re correcting case description on website.** | |
| 3/18/14 | Nussbaum | 0.3 | 0.3 | $610 | $152.50 | Conference with Mr. Kniffin re issues related to class certification. | |
| 3/18/14 | Kniffin | 2.0 | 2.0 | $440 | $880.00 | Draft Ms. Matthews declaration, email to Mr. Plachy re class action experience. | |
| 3/20/14 | Plachy | 2.1 | - | $0 | $0.00 | Collect information for inclusion in affidavits tendered in support of motion for class certification; review and revise affidavits submitted in support of motion to certify class. | The CBA is not seeking fees for any of Mr. Plachy's time. *See* ECF 188-1 at 45, ECF 192 at 2-3. |
| 3/24/14 | Nussbaum | 1.0 | 1.0 | $610 | $610.00 | Begin revision of Ms. Matthews' declaration. Research information needed for same. | |
| 4/10/14 | Kniffin | 3.5 | 3.5 | $440 | $1,540.00 | Revise motion for class certification in light of motion for preliminary injunction briefing | |
| 4/11/14 | Kniffin | 2.8 | 2.8 | $440 | $1,210.00 | Revise motion for class certification in light of motion for preliminary injunction briefing | |
| 4/15/14 | Kniffin | 4.0 | 4.0 | $440 | $1,760.00 | Legal research on Judge Russell opinions on Rule 23 motions; finalize edits and submit draft motion to Mr. Nussbaum | |
| 4/16/14 | Nussbaum | 3.5 | 3.5 | $610 | $2,135.00 | Continue revision of motion for class certification; conference with Mr. E. Kniffin re same | |
| 4/16/14 | Kniffin | 2.3 | **1.5** | $440 | $660.00 | **Draft letter from Archbishop Lori to present and prospective CBA members;** meeting with Mr. M. Nussbaum re class certification motion; email to Mr. M. Nussbaum regarding suggested edits | |
| 4/17/14 | Nussbaum | 3.5 | 3.5 | $610 | $2,135.00 | Edit motion for class certification; conference with Mr. E. Kniffin re preparing draft order related to motion for certification | |
| 4/17/14 | Kniffin | 3.0 | 3.0 | $440 | $1,320.00 | Meeting with Mr. M. Nussbaum; draft proposed order for motion for class certification, making final edits to motion for class certification in light of proposed order; file motion and proposed order | |

**Exhibit 9: Analysis of Defendants' "Fees for Briefing Class Certification Motion"**

| Date | Name | Ds' Est. Time | Actual Time | Lodestar Rate | Fees at Lodestar Rate | Description | Notes |
|---|---|---|---|---|---|---|---|
| 5/6/14 | Nussbaum | 7.1 | 7.1 | $610 | $4,331.00 | Continue working on argument; conference with Mr. E. Kniffin re government's response to motion for class certification; phone conference with Ms. N. Matthews re government's argument that no future class members should be included in the class | |
| 5/6/14 | Kniffin | 6.3 | 6.3 | $440 | $2,772.00 | Read response brief to CBA's motion for class certification; legal research and outlining reply brief | |
| 5/7/14 | Kniffin | 2.0 | 2.0 | $440 | $880.00 | Legal research; draft reply in support of motion for class certification | |
| 5/9/14 | Nussbaum | 2.8 | **2.3** | $610 | $1,403.00 | Attention to file; review government's response to motion for class certification and outline issues for reply brief; conference with Mr. E. Kniffin re argument and re reply brief in support of motion for class certification | |
| 5/9/14 | Kniffin | 6.3 | 6.3 | $440 | $2,772.00 | Meeting with Mr. M. Nussbaum; draft class certification reply; prepare motion for extension of time | |
| 5/12/14 | Speir | 1.0 | **0.6** | $420 | $252.00 | **Review correspondence from past week**; review government's response brief regarding motion for class certification; **office conference with Mr. E. Kniffin regarding hearing on motion for preliminary injunction** and reply brief regarding motion for class certification | |
| 5/12/14 | Kniffin | 4.3 | 4.3 | $440 | $1,892.00 | Draft reply brief in support of motion for class certification | |
| 5/13/14 | Kniffin | 11.5 | 11.5 | $440 | $5,060.00 | Draft reply to motion for class certification | |
| 5/14/14 | Nussbaum | 2.0 | **0.9** | $610 | $549.00 | Review government's response to Motion for Class Certification; conference with Mr. I. Speir re same; further review of same and second conversation with Mr. I. Speir re final edits to reply brief; **phone conferences, seriatim, with Messrs. J. DeVito, and B. Lovely reporting on oral argument; phone conference with Mr. Speir re government's supplemental authority re North Carolina CASC mandate and whether to file response to same** | |
| 5/14/14 | Speir | 2.8 | 2.8 | $420 | $1,176.00 | Review and edit reply brief in support of motion for class certification; office and phone conferences with Mr. M. Nussbaum regarding same | |
| 5/15/14 | Speir | 3.2 | 3.2 | $420 | $1,344.00 | Review and edit reply brief in support of motion for class certification; file brief; correspondence with Messrs. M. Nussbaum and E. Kniffin regarding same | |
| **TOTALS:** | | **146.2** | **123.4** | | **$58,353.50** | | |