**Exhibit 10: Analysis of Defendants' "Fees Regarding Forum Shopping"**

| Date | Name | Ds' Est. Time | Actual Time | Lodestar Rate | Fees at Lodestar Rate | Description | Notes |
|---|---|---|---|---|---|---|---|
| 4/30/15 | Nussbaum | 5.3 | **4.3** | $610 | $2,623.00 | Review order from Judge Russell; analyze which new members are from which circuits; review emails from Ms. N. Matthews re possible additional new members; conference with Messrs. E. Kniffin and I. Speir re forum shopping issue and development of arguments, research and facts in opposition to same; review research memorandum re associational standing; outline arguments re rebutting government's objection to new members based upon form selection; **email to board and officers re hearing and court's order;** additional conference with Mr. Kniffin re arguments related to forum shopping; **email to Messrs. A. Picarello and M. Reinzi re convening conference call for national counsel.** | |
| 4/30/15 | Kniffin | 5.1 | 5.1 | $440 | $2,244.00 | Read order from Judge Russell regarding new CBA members in 3rd or DC Circuits; strategy meeting with Messrs. M. Nussbaum and I. Speir; prepare arguments and related research for response to government's forum shopping argument | |
| 5/12/15 | Nussbaum | 2.3 | **0.8** | $610 | $488.00 | Conference with Mr. I. Speir re research as to forum shopping issue; **review and revise notice of new member; conference with Mr. E. Kniffin re same.** | |
| 5/13/15 | Speir | 2.9 | 2.9 | $420 | $1,218.00 | Research associational standing, venue, and forum shopping for response to government's brief on forum shopping. | |
| 5/13/15 | Kniffin | 0.8 | 0.8 | $440 | $352.00 | Read Department of Justice's brief regarding forum selection. | |
| 5/14/15 | Speir | 1.1 | 1.1 | $420 | $462.00 | Research associational standing, venue, and forum shopping for response to government's brief on forum shopping. | |
| 5/14/15 | Kniffin | 0.5 | 0.5 | $440 | $220.00 | Review government forum shopping brief; outline arguments in response. | |
| 5/15/15 | Nussbaum | 1.8 | **1.3** | $610 | $793.00 | Review government brief re forum shopping and associational standing; **email to Dr. J. Haas re a present pleading.** | |
| 5/15/15 | Kniffin | 2.6 | 2.6 | $440 | $1,144.00 | Strategy conversation with Mr. M. Nussbaum regarding government's forum shopping brief; outline Department of Justice forum shopping brief; research DOJ's cited cases. | |
| 5/17/15 | Kniffin | 1.0 | 1.0 | $440 | $440.00 | Read cases cited in Department of Justice forum shopping brief. | |

**Exhibit 10: Analysis of Defendants' "Fees Regarding Forum Shopping"**

| Date | Name | Ds' Est. Time | Actual Time | Lodestar Rate | Fees at Lodestar Rate | Description | Notes |
|---|---|---|---|---|---|---|---|
| 5/18/15 | Nussbaum | 3.0 | 3.0 | $610 | $1,830.00 | Conference with Mr. E. Kniffin, and thereafter, with Messrs. Kniffin and I. Speir re response to government's statement as to forum shopping concern; phone conference with Ms. N. Matthews re declaration in support of arguments countering government's forum shopping argument; draft declaration accordingly; email same to Ms. Matthews and Mr. Kniffin for comment. | |
| 5/18/15 | Speir | 9.3 | 9.3 | $420 | $3,906.00 | Research associational standing, venue, and forum shopping for response to government's brief on forum shopping, and draft memo regarding same; conference with Messrs. M. Nussbaum and E. Kniffin regarding responding to government's brief on forum shopping. | |
| 5/18/15 | Kniffin | 4.6 | 4.6 | $440 | $2,024.00 | Read cases cited in Department of Justice forum supporting brief; research other Mandate cases filed out of company's home circuit. | |
| 5/19/15 | Kniffin | 7.2 | 7.2 | $440 | $3,168.00 | Research associational standing, venue, and forum shopping for response to government's brief on forum shopping, and draft memo regarding same; conference with Messrs. M. Nussbaum and E. Kniffin regarding responding to government's brief on forum shopping. | |
| 5/19/15 | Nussbaum | 0.5 | 0.5 | $610 | $305.00 | Conference with Mr. E. Kniffin re arguments in brief related to forum selection. | |
| 5/20/15 | Kniffin | 10.2 | 10.2 | $440 | $4,488.00 | Legal research and draft response to government's forum shopping brief. | |
| 5/21/15 | Kniffin | 10.9 | 10.9 | $440 | $4,796.00 | Legal research and draft response to government's forum shopping brief. | |
| 5/22/15 | Nussbaum | 0.5 | 0.5 | $610 | $305.00 | Conference with Mr. E. Kniffin re briefing. | |
| 5/22/15 | Speir | 0.2 | 0.2 | $420 | $84.00 | Conference with Mr. E. Kniffin regarding plaintiffs' brief on forum shopping. | |
| 5/22/15 | Kniffin | 8.2 | 8.2 | $440 | $3,608.00 | Legal research and draft response to government's forum shopping brief. | |
| 5/23/15 | Kniffin | 3.5 | 3.5 | $440 | $1,540.00 | Draft response to government's forum shopping brief. | |
| 5/25/15 | Nussbaum | 9.5 | **7.5** | $610 | $4,575.00 | Review Mr. I. Speir's memorandum re associational standing and forum shopping; review defendant's supplemental brief on forum shopping **and the two new decisions, respectively, by the Seventh and D.C. Circuits;** identify salient issues requiring response; review and begin revision of plaintiffs' response brief on forum shopping; legal research re association standing. | |

**Exhibit 10: Analysis of Defendants' "Fees Regarding Forum Shopping"**

| Date | Name | Ds' Est. Time | Actual Time | Lodestar Rate | Fees at Lodestar Rate | Description | Notes |
|---|---|---|---|---|---|---|---|
| 5/26/15 | Nussbaum | 9.3 | 9.3 | $610 | $5,673.00 | Continue drafting and revising brief related to forum shopping issue; attention to table of contents, table of authorities, final formatting, proofing of brief, and direct filing of the same. | |
| 5/26/15 | Kniffin | 5.3 | **4.3** | $440 | $1,892.00 | Read government notice of supplemental authority; **read D.C. Circuit opinion;** read caselaw in government forum shopping brief; conversations with Mr. M. Nussbaum regarding response to government forum shopping brief; edit brief with Mr. Nussbaum. | |
| **TOTALS:** | | **105.6** | **99.6** | | **$48,178.00** | | |