Exhibit 11: Billing Entries Double-counted in the Departments' Exhibits 3-10

| # | Date | Name | Ds' Est. Time | Billed Rate | Lodestar Rate | Fees at Billed Rate | Fees at Lodestar Rate | Description | Moot Ct. | Media-related | Webinar, Website | Draft Compl. | 4.29.15 Hearing Prep | Standing | Class Cert. | Forum Shopping |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/23/13 | Speir | 4.8 | $225 | $420 | $1,080.00 | $2,016.00 | Research on associational standing, venue, and other issues impacting the location, claims, and strategy of litigation; correspondence with Mr. Nussbaum and others regarding same. Draft complaint. | | | | X | | X | | |
| 2 | 12/27/13 | Nussbaum | 0.3 | $465 | $610 | $116.25 | $152.50 | Conference with Mr. Speir re issues standing party and other issues related to the drafting of the complaint. | | | | X | | X | | |
| 3 | 2/18/14 | Mahaffey | 1.1 | $475 | $610 | $522.50 | $671.00 | Review complaint. Office conference with Messrs. Nussbaum and Speir re associational standing issues and named parties. | | | | X | | X | | |
| 4 | 2/25/14 | Speir | 6.9 | $245 | $420 | $1,690.50 | $2,898.00 | Draft preliminary injunction). Phone conference with Mr. Nussbaum and Mr. Kinkopf regarding Archdiocese's membership and potential plaintiff status. Office conference with Messrs. Nussbaum and Mahaffey regarding issues of church plans and impact on standing and burden in litigation; correspondence with Mr. Nussbaum regarding same. Revise and draft complaint. | | | | X | | X | | |
| 5 | 3/3/14 | Nussbaum | 6.0 | $465 | $610 | $2,790.00 | $3,660.00 | Continue drafting and revising complaint. Conference with Messrs. Speir and Kniffen re same and re issues related to the motion and brief for class certification. | | | | X | | | X | |
| 6 | 3/3/14 | Kniffin | 4.0 | $325 | $440 | $1,300.00 | $1,760.00 | Read and edit draft complaint; conversation with Messrs. Nussbaum and Speir re strategy and timing of complaint, preliminary injunction motion, motion for class certification; and draft motion for class certification. | | | | X | | | X | |
| 7 | 3/5/14 | Nussbaum | 7.5 | $465 | $610 | $3,487.50 | $4,575.00 | Analyze factual issues re each plaintiff. Gather additional facts re same. Revision of complaint. Research standing and procedural issues. Review Oklahoma local rules. | | | | X | | X | | |
| 8 | 3/5/14 | Kniffin | 8.0 | $325 | $440 | $2,600.00 | $3,520.00 | Meeting with Messrs. Mahaffey, Speir and Nussbaum re complaint and case strategy; legal research, draft and edit motion for class certification. | | | | X | | | X | |
| 9 | 3/6/14 | Kniffin | 6.3 | $325 | $440 | $2,031.25 | $2,750.00 | Edit motion for class certificaiton; read and submit comments on draft complaint; meetings with Messrs. Mahaffey, Nussbaum and Speir re complaint, timing, and strategy. | | | | X | | | X | |
| 10 | 3/10/14 | Kniffin | 3.5 | $325 | $440 | $1,137.50 | $1,540.00 | Read draft complaint and preliminary injunction, edit motion for class certification. | | | | X | | | X | |

**Exhibit 11: Billing Entries Double-counted in the Departments' Exhibits 3-10**

| | Date | Name | Ds' Est. Time | Billed Rate | Lodestar Rate | Fees at Billed Rate | Fees at Lodestar Rate | Description | Moot Ct. | Media-related | Webinar, Website | Draft Compl. | 4.29.15 Hearing Prep | Standing | Class Cert. | Forum Shopping |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 6/6/14 | Nussbaum | 2.0 | $475 | $610 | $950.00 | $1,220.00 | Exchange emails with Mr. S. Caine re press issues; review email from [Redacted] re same; numerous communications with members re decision; email to [Redacted] re website updates; draft report to board providing more detailed comments re decision; phone conference with Ms. N. Matthews re press coverage; phone conference with Mr. R. Bordelon and Ms. W. Vitter of the Archdiocese of New Orleans re the decision and related issues; phone conference with Archbishop Lori re meeting times; phone conference with Ms. L. Weidinger re same; email to Archbishop Lori re Ms. L. Weidinger and Healthscope benefits; review email from the Archdiocese of Oklahoma re reporting; email to reporter Ms. J. Desmond re opinion; phone conference with Ms. J. Desmond re article; conference with Mr. E. Kniffin re procedural means for acquiring injunctive relief for future members; conference with Mr. B. Humphreys re possible stipulation; email to Mr. B. Humphreys providing case law re prior instances where DOJ made such stipulations; email to Archbishop Lori and Ms. N. Matthews re same; review press reports | | x | x | | | | | |
| 12 | 12/3/14 | Nussbaum | 3.8 | $475 | $610 | $1,805.00 | $2,318.00 | Phone conference with Mr. B. Humphreys at Department of Justice re the proposed uncontested motion to clarify the preliminary injunction order in CBA I; revise order accordingly; research issue re language; conference, respectively, with Messrs. W. Mahaffey and I. Speir to confirm acceptability of proposed language; file motion and proposed order; draft correspondence to [Redacted] re revision of website to add additional pleadings and to clean up the text for them; review order from Judge Russell clarifying the preliminary injunction in CBA I; conference with Mr. E. Kniffin re same; begin preparation of master outline of all arguments and responses as part of the preparation for the Little Sisters moot court argument. | x | | x | | | | | |

**Exhibit 11: Billing Entries Double-counted in the Departments' Exhibits 3-10**

| | Date | Name | Ds' Est. Time | Billed Rate | Lodestar Rate | Fees at Billed Rate | Fees at Lodestar Rate | Description | Moot Ct. | Media-related | Webinar, Website | Draft Compl. | 4.29.15 Hearing Prep | Standing | Class Cert. | Forum Shopping |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 12/29/14 | Nussbaum | 4.4 | $475 | $610 | $2,090.00 | $2,684.00 | Review decision from Judge Russell granting preliminary injunction; voice mail messages, respectively, to Archbishop Lori, Ms. N. Matthews, and [Redacted]; email to [Redacted] re posting preliminary injunction order; draft letter to officers and directors re the decision of Judge Russell; email messages to [Redacted] and S. Caine re possible press release; reply to their responses; phone conference with Archbishop Lori re Judge Russell's preliminary injunction; phone conference with [Redacted] re press release; email to [Redacted] re changes on the website re fees and litigation results. | | X | X | | | | | |
| 14 | 5/13/15 | Speir | 2.9 | $270 | $420 | $783.00 | $1,218.00 | Research associational standing, venue, and forum shopping for response to government's brief on forum shopping. | | | | | | X | | X |
| 15 | 5/14/15 | Speir | 1.1 | $270 | $420 | $297.00 | $462.00 | Research associational standing, venue, and forum shopping for response to government's brief on forum shopping. | | | | | | X | | X |
| 16 | 5/18/15 | Speir | 9.3 | $270 | $420 | $2,511.00 | $3,906.00 | Research associational standing, venue, and forum shopping for response to government's brief on forum shopping, and draft memo regarding same; conference with Messrs. M. Nussbaum and E. Kniffin regarding responding to government's brief on forum shopping. | | | | | | X | | X |
| 17 | 5/25/15 | Nussbaum | 9.5 | $490 | $610 | $4,655.00 | $5,795.00 | Review Mr. I. Speir's memorandum re associational standing and forum shopping; review defendant's supplemental brief on forum shopping and the two new decisions, respectively, by the Seventh and D.C. Circuits; identify salient issues requiring response; review and begin revision of plaintiffs' response brief on forum shopping; legal research re association standing. | | | | | | X | | X |
| 18 | 4/18/16 | Kniffin | 2.4 | $355 | $440 | $852.00 | $1,056.00 | Review and edit op-ed on "seamlessness;" phone call and email to [Redacted] with revised piece; meeting with Mr. M. Nussbaum regarding upcoming CBA member webinar; emails with Messrs. Nussbaum and D. Wilson regarding same; preparing for webinar | | X | X | | | | | |
| 19 | 4/25/17 | Kniffin | 4.0 | $370 | $440 | $1,480.00 | $1,760.00 | Meeting with M. Nussbaum to discuss CBA webinar, member questions, and related issues; review and respond to member questions arising out of webinar; review news articles related to developments in Fifth Circuit CASC Mandate litigation; review docket in Fifth Circuit CASC Mandate case; email and phone conversations with Becket attorneys regarding same; conversation with M. Nussbaum regarding Fifth Circuit case and related media; draft proposed CBA member update related to same; [Redacted] [Redacted] [Redacted] [Redacted] | | X | X | | | | | |

**Exhibit 11: Billing Entries Double-counted in the Departments' Exhibits 3-10**

| | Date | Name | Ds' Est. Time | Billed Rate | Lodestar Rate | Fees at Billed Rate | Fees at Lodestar Rate | Description | Moot Ct. | Media-related | Webinar, Website | Draft Compl. | 4.29.15 Hearing Prep | Standing | Class Cert. | Forum Shopping |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 4/26/17 | Nussbaum | 3.0 | $510 | $610 | $1,530.00 | $1,830.00 | Preparation for webinar reporting on litigation and other issues to members; presentation during webinar; review draft notice to members re misleading press reports re litigation; review draft notice prepared by Professor Alvare; conference call with Messrs. Wilson and Kniffin re same; phone conference with [Redacted] re public communications issues related to the administration resolving the CASC cases; phone conversation with D. Wilson re same. | | X | X | | | | | |
| 21 | 8/5/17 | Kniffin | 2.6 | $370 | $440 | $962.00 | $1,144.00 | Meeting with M. Nussbaum regarding media strategy and CBA website edits; review CBA website; prepare list of proposed edits and additions to CBA website; email to D. Wilson with proposed edits and additional documents to be uploaded onto or linked to CBA website | | X | X | | | | | |
| 22 | 10/6/17 | Nussbaum | 8.8 | $510 | $610 | $4,488.00 | $5,368.00 | Conference call with A. Picarello and his colleagues, L. DeJulius and his colleagues, and M. Rienzi and his colleagues re breakdown of settlement negotiations and imminent issuance of interim final rule ("IFR"); phone conference with Archbishop Lori re same; phone conference with Doug Wilson re same and re communications with members including webinar; draft press release; communications re same; attend to webinar issues; begin review of IFR; conference with E. Kniffin re same; second conference call with same group as before to discuss today's communications with DOJ; review reports re second IFR, issuance of RFRA interpretive guidelines, and various press reports; review White House statements; discuss with E. Kniffin DOJ's request for dismissal of appeal; phone conference with Joshua Salzman at DOJ re same; review DOJ's draft motion to dismiss; second phone conference with J. Salzman; draft motion for additional time to respond to motion to dismiss; prepare several written reports to CBA officers re developments during day. | | X | X | | | | | |
| | TOTALS: | | 102.1 | | | $39,158.50 | $52,303.50 | | | | | | | | | |